UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| John Doe, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:22-CV-4164 SRB |
| | ) |
| Advanced Correctional Healthcare, Inc., et al., | ) |
| | ) |
| Defendants. | ) |

## Notice of Service

Comes now Plaintiff and states that:

1. The named Defendants were served with a summons, a copy of the complaint, and copies of the motion for preliminary injunction and supporting documents as follows:

    a. Pettis County, Missouri (November 10)

    b. Dr. Alan Weaver (November 10)

    c. Advanced Correctional Healthcare, Inc. (November 11)

    d. Sheriff Brad Anders (November 14)

    e. Captain Skyler Viebrock (November 14)

    f. Medical Officer Sierra Hill (November 17)

2. On November 16, 2022, in accordance with the Court's Order (ECF No. 14), Plaintiff charged a process server to rush-serve notice of the November 22, 2022, hearing on his motion for preliminary injunction. The notice included the Court's Orders relating to the hearing, ECF Nos. 13 and 14, as well as a cover letter with the call-in information and counsel's contact information.

3. The named Defendants[1] were served with notice of the hearing as follows:

    a. Pettis County, Missouri (November 17)

    b. Dr. Alan Weaver (November 17)[2]

    c. Advanced Correctional Healthcare, Inc. (November 17)

    d. Sheriff Brad Anders (November 18)

    e. Captain Skyler Viebrock (November 17)

    f. Medical Officer Sierra Hill (November 17)

4. Additionally, on November 17, 2022, Plaintiff's counsel contacted an attorney they believed might take on representation of one or more of the Defendants to provide notice of the hearing directly to his office.

5. On November 18, 2022, counsel confirmed that he would be representing one or more Defendants. Plaintiff's counsel therefore provided him with a full and unredacted copy of Plaintiff's medical records that contain his true name.

Respectfully submitted,

/s/ Jessie Steffan

Jessie Steffan, #64861MO
ACLU of Missouri Foundation
906 Olive Street, Suite 1130
St. Louis, Missouri 63101
Phone: (314) 652-3114
Fax: (314) 652-3112
jsteffan@aclu-mo.org

---

[1] Service cannot yet be attempted on unnamed Defendant Dr. John Roe, but if his name cannot be obtained through informal means, Plaintiff will expeditiously seek limited early discovery for that purpose and will timely serve him thereafter.

[2] Dr. Weaver was personally served process but was served notice of the hearing through an adult relative at his home, who indicated that he would be at a funeral out of town until November 21, 2022.

Gillian R. Wilcox, #61278MO
ACLU of Missouri Foundation
406 W. 34th Street, Suite 420
Kansas City, Missouri 64111
Phone: (816) 470-9938
gwilcox@aclu-mo.org

*Attorneys for Plaintiff*

## Certificate of Service

I hereby certify that on November 18, 2022, a true and correct copy of the foregoing motion was electronically filed using the Court's CM/ECF online case filing system, where it will appear to all counsel of record.

/s/ Jessie Steffan