IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2:22-CV-4164-SRB |
| ADVANCED CORRECTIONAL HEALTHCARE, INC., et al., | ) ) ) ) |
| Defendants. | ) ) |

**DISCLOSURE OF DEFENDANT ADVANCED CORRECTIONAL HEALTHCARE, INC.'S ORGANIZATIONAL INTERESTS**

COMES NOW Defendant Advanced Correctional Healthcare, Inc., by and through undersigned counsel, in compliance with Federal Rule of Civil Procedure 7.1, and hereby states as follows:

Advanced Correctional Healthcare, Inc. is not a publicly traded company and has no parent companies, subsidiaries, or affiliates that have issued shares to the public.

Respectfully Submitted,

*/s/ J. Thaddeus Eckenrode*
J. Thaddeus Eckenrode Mo. Bar #31080
ECKENRODE-MAUPIN, Attorneys at Law
11477 Olde Cabin Road, Ste. 110
St. Louis, MO 63141
(314) 726-6670 (Telephone)
(314) 726-2106 (Fax)
jte@eckenrode-law.com

*/s/ Lisa Howe*
Lisa Howe Mo. Bar #45072
ECKENRODE-MAUPIN, Attorneys at Law
11477 Olde Cabin Road, Ste. 110
St. Louis, MO 63141
(314) 726-6670 (Telephone)
(314) 726-2106 (Fax)
lhh@eckenrode-law.com
*Attorneys for Defendants Advanced Correctional Healthcare, Inc. and Dr. Alan Weaver*

**CERTIFICATE OF SERVICE**

 The undersigned hereby certifies that a true and accurate copy of the foregoing was served via electronic mail on this 14th day of December, 2022 to the following:

**Jessie Steffan**
ACLU of Missouri Foundation
906 Olive Street, Suite 1130
St. Louis, Missouri 63101
jsteffan@aclu-mo.org

**Gillian R. Wilcox**
ACLU of Missouri Foundation
406 W. 34th Street, Suite 420
Kansas City, Missouri 64111
gwilcox@aclu-mo.org
Attorneys for Plaintiff

**Michael G. Berry**
**Ryan J. McDaniels**
Newman, Comley & Ruth, P.C.
601 Monroe Street, Suite 301
P.O. Box 537
Jefferson City, MO 65102
michaelberry@ncrpc.com
ryan.m@ncrpc.com
Attorneys for Defendants Sierra Hill, Skyler Viebrock, Brad Anders, and Pettis County, Missouri

*/s/ Joan Monninger*
