

**Missouri Department of Health and Senior Services**
**State Public Health Laboratory**

Laboratory Results Report

573-751-3334

| Patient | Birth Date and Gender | Client Reference | Accession # |
|---|---|---|---|
| [redacted] SEDALIA, MO 65301 | Male | | 607502 |
| | Collected 2022-01-11 | Received 2022-01-12 07:51 | Project |

| Report To | Provider and Phone Number |
|---|---|
| PETTIS COUNTY HEALTH DEPARTMENT 911 E 16TH ST SEDALIA, MO 65301 | SHAFFIEY, ASSAD 660/827-1130 |
| | Sample Type and Source: Serum |
| | Sample Note(s): |

## ADDITIONAL SAMPLE INFORMATION

HIV Rapid Testing: Not Provided
Sex assigned at birth: Male
Medical Record/Chart Number: Not Provided
Medicaid Number/DCN: Not Provided

County: PETTIS
Insurance Information: Uninsured
Patient Pregnant: No

## RESULTS OF ANALYSIS - FINAL REPORT

| TEST | RESULT | ANALYSIS NOTE(S) |
|---|---|---|
| Syphilis RPR, Flocculation | | 1 |
|   RPR | Non Reactive | |
| HIV-1/HIV-2 Antigen/Antibody Immunoassay, CMIA | | 2 |
|   HIV Ag/Ab Combo | Reactive | |
|   Interpretation | This is a screening test. Refer to the HIV-1/HIV-2 Antibody Differentiation Immunoassay for additional information. | |
| HIV-1/HIV-2 Antibody Differentiation Immunoassay, Geenius | | 3 |
|   HIV-1/HIV-2 Antibody Differentiation | HIV-1 Positive | |
|   Final Interpretation | Positive for HIV-1 Antibodies. Laboratory Evidence of HIV-1 Infection is Present. | |

## SAMPLE AND ANALYSIS NOTES

1. The RPR (Rapid Plasma Reagin) is a nontreponemal qualitative test used to screen serum for syphilis. If reactive, the sample will be reflexed to have a quantitative titer and a treponemal antibody test performed.

2. A reactive result does not distinguish between the detection of HIV-1 p24 antigen, HIV-1 antibody, or HIV-2 antibody. Test results should be interpreted in the context of all clinically relevant information. The performance of this test has not been evaluated in children less than two years of age.

3. This supplemental assay is intended for use as an aid in the diagnosis of infection with HIV-1 and/or HIV-2 for specimens found to be repeatedly reactive by diagnostic screening procedures. The performance of this test has not been evaluated in children less than two years of age.

## ANALYSIS INFORMATION

| TEST | ANALYZED | SITE | RELEASED |
|---|---|---|---|
| 1. Syphilis RPR, Flocculation | 2022-01-12 07:59 PS | 2 | 2022-01-12 16:03 AN |
| 2. HIV-1/HIV-2 Antigen/Antibody Immunoassay, CMIA | 2022-01-12 08:00 PS | 2 | 2022-01-13 14:18 DS |
| 3. HIV-1/HIV-2 Antibody Differentiation Immunoassay, Geenius | 2022-01-13 12:28 PS | 2 | 2022-01-13 14:18 DS |

*[Handwritten annotations: "tested by PCHD's medical building", "Needs injections for disease", "send for heart meds", "needs to set up appointment", "no previous meds"]*

Ex 5 to Pl.'s Mtn for Prelim. Inj.