# Narrative Progress Note

(When indicated, remember to document **S**ubjective symptoms, **O**bjective findings, **A**ssessment of situation, and **P**lan of care)

PATIENT NAME: ███████████████  DOB: █████████  AGE: _____
ID#: _____  LOCATION: _____

| Date/Time | Narrative Note |
|---|---|
| 1-26-22 | Dr. Weaver Reviewed Detainee ███ lab results from the pettis county health Department Dr. Weaver wrote down his results for paitent to arrange payment for his medication. Detainee ███████ was notified of providers notes. *[signature]* |

22C.20 Narrative Progress Note

Page 1 of 1

Case 2:22-cv-04164-SRB   Document 45-2   Filed 12/14/22   Page 1 of 1
Ex. 6 to Pl.'s Mtn. for Prelim Inj.