RE: █████████

**Tierney President** <tpresident@phoenixprogramsinc.org>
Mon 10/3/2022 11:56 AM
To: Sierra Hill <slacks@pettiscomo.com>

Thank you!

From: Sierra Hill <slacks@pettiscomo.com>
Sent: Monday, October 3, 2022 8:57 AM
To: Tierney President <tpresident@phoenixprogramsinc.org>
Subject: Re: █████████

Yes I will

Get Outlook for iOS

From: Tierney President <tpresident@phoenixprogramsinc.org>
Sent: Monday, October 3, 2022 8:07:57 AM
To: Sierra Hill <slacks@pettiscomo.com>
Subject: RE: █████████

Okay. Good. If he leaves...goes to DOC or a change, will you please keep me updated? I have to renew his approval every couple months.

From: Sierra Hill <slacks@pettiscomo.com>
Sent: Monday, October 3, 2022 8:07 AM
To: Tierney President <tpresident@phoenixprogramsinc.org>
Subject: Re: █████████

Yeah she told me it was their fault and they are sending it today!

Get Outlook for iOS

From: Tierney President <tpresident@phoenixprogramsinc.org>
Sent: Monday, October 3, 2022 8:05:55 AM
To: Sierra Hill <slacks@pettiscomo.com>
Subject: RE: █████████

It was approved last week. They just need to run it again.

From: Sierra Hill <slacks@pettiscomo.com>
Sent: Monday, October 3, 2022 8:05 AM
To: Tierney President <tpresident@phoenixprogramsinc.org>
Subject: Re: █████████

They said they didn't have anything from you guys for billing to continue I guess?

Get Outlook for iOS

From: Tierney President <tpresident@phoenixprogramsinc.org>
Sent: Monday, October 3, 2022 8:03:29 AM

Case 2:22-cv-04164-SRB   Document 45-8   Filed 12/14/22   Page 1 of 3
Ex. 8 to Pl.'s Mtn. for Prelim Inj.

**To:** Sierra Hill <slacks@pettiscomo.com>
**Subject:** RE: ███████████████

Unfortunately, no. What did they not get? The stuff from you all, because I didn't' send them anything...

**From:** Sierra Hill <slacks@pettiscomo.com>
**Sent:** Friday, September 30, 2022 4:36 PM
**To:** Tierney President <tpresident@phoenixprogramsinc.org>
**Subject:** ███████████████

Hey, I guess MU never got anything on him, so they never filled his meds and he is now out. They stated the earliest they can ship them out is Monday and get them Tuesday. Is their anything else we can do??

**RE:** ▮▮▮▮▮▮▮▮▮▮

**Tierney President** <tpresident@phoenixprogramsinc.org>
Tue 9/27/2022 12:33 PM
To: Sierra Hill <slacks@pettiscomo.com>

Great. Thank you!

---

**From:** Sierra Hill <slacks@pettiscomo.com>
**Sent:** Tuesday, September 27, 2022 11:08 AM
**To:** Tierney President <tpresident@phoenixprogramsinc.org>
**Subject:** Re: ▮▮▮▮▮▮▮▮▮▮

I figured it out. thank you

---

**From:** Tierney President <tpresident@phoenixprogramsinc.org>
**Sent:** Tuesday, September 27, 2022 10:40 AM
**To:** Sierra Hill <slacks@pettiscomo.com>
**Subject:** RE: ▮▮▮▮▮▮▮▮▮▮

I need this initialed and signed and returned in order to keep paying for Mr. Olson's meds.

Thank you.

Tierney

---

**From:** Sierra Hill <slacks@pettiscomo.com>
**Sent:** Thursday, September 22, 2022 2:15 PM
**To:** Tierney President <tpresident@phoenixprogramsinc.org>
**Subject:** Re: ▮▮▮▮▮▮▮▮▮▮

Hey it's hill from Pettis county. University of mu pharmacy called stating they have to have new paperwork to refill his meds due to it being expired

Get Outlook for iOS

---

**From:** Tierney President <tpresident@phoenixprogramsinc.org>
**Sent:** Thursday, May 26, 2022 11:15:58 AM
**To:** Sierra Hill <slacks@pettiscomo.com>
**Subject:** RE: ▮▮▮▮▮▮▮▮▮▮

Sure does!

---

**From:** Sierra Hill <slacks@pettiscomo.com>
**Sent:** Thursday, May 26, 2022 11:08 AM
**To:** Tierney President <tpresident@phoenixprogramsinc.org>
**Subject:** Re: ▮▮▮▮▮▮▮▮▮▮

Your good being a parent always has its busy moments.

---

**From:** Tierney President <tpresident@phoenixprogramsinc.org>
**Sent:** Thursday, May 26, 2022 8:18 AM