Request Form ID: 6711303

# Pettis County Sheriffs Office

## Name:

## Housing Unit:
### Pod

MEDICAL REQUEST

::
12/26/2021 21:12:32

I found out my ex has HIV and I need to be tested.

Officer Receiving Form:                          Date/Time:
Sierra Hill                                       12/28/2021 10:50

Supervisors Response:
12/28/2021 10:51:00 AM by Sierra Hill sslack@I001161.MO

I let debbie know she will get you in to be seen!

Signature:

Request Form ID: 6810441

## Pettis County Sheriffs Office

**Name:**                                    **Housing Unit:**

████████████████                  ███████████

MEDICAL REQUEST

::
01/12/2022 10:28:16

I request to see medical professionals as soon as possible. I have had chills and feel like I have a temp. Also, My throat s sore and have a history of Strep Throat infections. Also, a Covid test would be good with these type of symptoms mixed with a lower than normal energy level. Thanks for your help.

Officer Receiving Form:                         Date/Time:
Sierra Hill 6517                                 01/13/2022

Supervisors Response:
01/13/2022 09:23:30 AM by Sierra Hill sslack@I001161.MO

I can do protocol on you!

Signature:
Sierra Hill 6517

Request Form ID: 6898059

# Pettis County Sheriffs Office

## Name:

███████████████████████

## Housing Unit:

████████████

MEDICAL REQUEST

::
01/26/2022 16:32:24

I was told that I would be seeing the doctor today and had not heard anything. Just wanted to put in a reminder.

Officer Receiving Form:                           Date/Time:
Sierra HILL 6517                                   01/27/2022

Supervisors Response:
01/27/2022 09:06:34 AM by Sierra Hill sslack@I001161.MO

I WILL COME SPEAK TO YOU HERE IN A FEW ABOUT WHAT HAPPENED!

Signature:
SIERRA HILL 6517

Request Form ID: 6841657

## Pettis County Sheriffs Office

# Name:                                    # Housing Unit:

██████████████████████          ████████████

MEDICAL REQUEST

::
01/17/2022 18:52:42

I had a STD test completed by PCCH and was never notified of the results. Thanks for your help. Just wanted to keep this on your radar.

Officer Receiving Form:                    Date/Time:
sierra hill                                01/19/2022

Supervisors Response:
01/19/2022 09:39:12 AM by Sierra Hill sslack@I001161.MO

i can look into this

Signature:
sierra hill 6517

# Pettis County Sheriff's Office

# GRIEVANCE FORM

## Brad R. Anders

## Sheriff

**Name:**
███████████████

**Date:**
**01-28-2022**

**Cell Block:**
████████████

**Time:**

Inmate Request/Grievance:
01/28/2022 19:13:29

I was told yesterday that I was being denied medicine because of inability to pay. This is medicine that is without dispute necessary for my survival and for my illness to not get any worse. I was unaware of my condition before I came to your facility. I am scared for my life in here because of facility staffs inability to properly care for me in a timely and/or effective manner. [Pleas see medical request timeline] Plus the level of discretion of this facility staff is rather lackluster. Not to mention to even file a medical request your only option is in open view of everyone in the day room. I want to know in writing why I am being killed and further harmed by being detained in this facility. I could provide means to survive and seek treatment if it was not for those seeking to deny me basic compassion by keeping me inside a facility that shows no sense of urgency for life threatening illnesses.

Inmate Signature:
████████████████

Officer Receiving DSN#:
Sierra HILL

Date/Time:
01/31/2022

Supervisor's Response:
01/31/2022 11:38:03 AM by Sierra Hill sslack@I001161.MO

ME AND THE CAPTAIN I SHANDLING THIS ISSSUE!

_____

Supervisor Signatue:

_____

Date/Time:

_____

Request Form ID: 6951643

## Pettis County Sheriffs Office

**Name:** **Housing Unit:**

████████████████████                    ████████████████

INMATE REQUEST

::
02/04/2022 08:36:12

Captain Viebrock,

You told to follow-up on the dismissal of the current medical professional today and the hiring of a new one. If this cannot be completed by the end of day I respectively ask to be taking to a medical facility that can meet my medical needs for this an urgent matter. The initial request for testing was sought at the end of December and it is now months later without resolution. Thanks again for your help in this matter.

Officer Receiving Form:                    Date/Time:
Cpt. Viebrock                              2/8/2022 10:47am

Supervisors Response:
02/08/2022 10:48:02 AM by Skyler Viebrock sviebrock@I001161.MO

You do not get to choose this and yes I have requested for a new doctor from our medical provider.

Signature:
Cpt. Viebrock

Request Form ID: 6973603

## Pettis County Sheriff's Office

## GRIEVANCE FORM

### Brad R. Anders

### Sheriff

**Name:**
████████████

**Date:**
**02-07-2022**

**Cell Block:**
████████

**Time:**

Inmate Request/Grievance:
02/07/2022 19:41:53

Captain Viebrock,

I have not heard anything regarding the new doctor and it is an urgent matter for which I have profoundly tried to express to you.

Inmate Signature:
████████████

Officer Receiving DSN#:
603

Date/Time:
2/8/2022 11:28am

Supervisor's Response:
02/08/2022 11:28:36 AM by Skyler Viebrock sviebrock@I001161.MO

As I told you I've requested a new doctor from our medical provider.

Supervisor Signatue:
Cpt. Viebrock

Date/Time:
2/8/2022 11:28am

Request Form ID: 6976783

# Pettis County Sheriff's Office

# GRIEVANCE FORM

## Brad R. Anders

## Sheriff

**Name:**

███████████████████

**Date:**

**02-08-2022**

**Cell Block:**

███████████

**Time:**

Inmate Request/Grievance:

02/08/2022 11:15:33

Has a new doctor been assigned to this facility yet. I am sick and literally time is of the essence. Both my physical and mental health have reach points for which I really need medical attention urgently. Please someone help.

Inmate Signature:

███████████████

Officer Receiving DSN#:

603

Date/Time:

2/8/2022 11:38am

Supervisor's Response:

02/08/2022 11:39:25 AM by Skyler Viebrock sviebrock@I001161.MO

If you are sick fill out a medical request form.

Supervisor Signatue:

Cpt. Viebrock

Date/Time:
2/8/2022 11:39am

Request Form ID: 6988712

## Pettis County Sheriffs Office

**Name:** ███████████████     **Housing Unit:** ████████

MEDICAL REQUEST

::
02/09/2022 21:00:16

May I have a copy of my test results and the name of the medicines that the doctor would prescribe if I could afford them.

Officer Receiving Form:                    Date/Time:

Supervisors Response:

Signature:

Request Form ID: 7013421

## Pettis County Sheriffs Office

**Name:**                                    **Housing Unit:**

███████████████                    ██████████

MEDICAL REQUEST

::
02/14/2022 08:35:08

There was nothing notated on my request for a copy of lab results and needed medicine. Thanks for your help.

Officer Receiving Form:                      Date/Time:

Supervisors Response:

Signature:

Request Form ID: 7028739

## Pettis County Sheriffs Office

**Name:**                                           **Housing Unit:**

MEDICAL REQUEST

::
02/16/2022 10:06:32

I keep getting medical responses back with no answer or information in the respondent section.

Officer Receiving Form:                                Date/Time:
Sierra HILL

Supervisors Response:
02/16/2022 10:37:20 AM by Sierra Hill sslack@I001161.MO

HEY, I DONT KNOW WHY IT WONT COME BACK UP IM WAITING FOR THEM TO SEND ME THE RECORDS BACK

Signature:

Request Form ID: 7028726

## Pettis County Sheriff's Office

## GRIEVANCE FORM

## Brad R. Anders

## Sheriff

**Name:** ███████████████

**Date:** **02-16-2022**

**Cell Block:** ██████████

**Time:**

Inmate Request/Grievance:
02/16/2022 10:04:22

I was wondering how the search for a new doctor was coming. I am getting sicker and from what I have learned on the khan academy lite video that symptoms for which I am experiencing can be eliminated with proper treatment. They also drastically pus early testing and treatment as crucial against this life threatening illness. Thank You.

Inmate Signature: ████████████

Officer Receiving DSN#:

Date/Time:

Supervisor's Response:
04/07/2022 04:08:32 PM by Sierra Hill sslack@I001161.MO

CAPTAIN HAS BEEN HANDLING THIS ISSUE!

Supervisor Signatue:

_____

Date/Time:

_____

Request Form ID: 7260366

# Pettis County Sheriffs Office

**Name:**                                    **Housing Unit:**

████████████                    ████████████

MEDICAL REQUEST

::

03/23/2022 14:57:23

I have a rash on my hands that I have been dealing with for a couple months that has recently gotten worse. I have been using hydrocortizone cream but it has done nothing. I have had to use topical steroids in the past for such problems.

Officer Receiving Form:                     Date/Time:
Sierra HILL                                  3/24/2022

Supervisors Response:
03/24/2022 09:21:52 AM by Sierra Hill sslack@I001161.MO

I CAN DO A PROTOCOL ON YOU AND WE CAN CALL THE DOCTOR TO SEE WHAT HE WANTS TO DO?

Signature:

Request Form ID: 7267334

# Pettis County Sheriffs Office

**Name:**                                    **Housing Unit:**

INMATE REQUEST

::
03/24/2022 14:29:39

Captain Viebrock,

Items discussed that I requested and you said to put on the kiosk. Thanks again for your help.

1) Name and address for medical provider and attending physician

2) Copy of all grievances and service tickets that have been placed (already previously listed just wanted to provide a complete list)

3) Access or copies of medical records and lab reports to take notes of

4) Information or documentation regarding illness

5) Jail Account Transaction Information

6) Charlie Ackerman's - Public Office Title and county office address

04/07/2022 08:19:37

Thanks again

Officer Receiving Form:                     Date/Time:
Cpt. Viebrock                                4/4/2022 10:19pm

Supervisors Response:
04/04/2022 10:19:49 PM by Skyler Viebrock sviebrock@I001161.MO

████████ vill work on getting these for you.

██████ anted to give you an update. i have the grievances all pulled ready to be printed for you. Cpt. Viebrock

Signature:
Cpt. Viebrock

# Pettis County Sheriff's Office

## GRIEVANCE FORM

### Brad R. Anders

### Sheriff

**Name:**                                              **Date:**

████████████████████                                   **03-24-2022**

**Cell Block:**                                         **Time:**

████████████

Inmate Request/Grievance:

03/24/2022 09:02:09

The Pettis County Jail and contracted medical staff has failed to adequately treat my life threatening illness that was diagnosed while in their custody. (Please see medical report on file with lab report conducted by the Pettis County Health Department for details. The staff, supervisors, and elected politicians for this department that operate this facility are exercising deliberate indifference and practice a level of inhumane treatment that is criminal to a degree for which charges need to brought. (I say this with a saddened heart as someone who voted for the new Sheriff thinking him to be less of a criminal than the last one. That has been proven wrong through the detainment and care for which those he employ provide and their deliberate neglect.) Medical deliberate indifference violates my 8th and 14th Amendments of the U.S. Constitution. Please see Postawko Case No 2:16-cu-04219 NKL (WD Mo 2017)

Medical decisions based solely on consideration of cost and convenience results in discrimination from a public entity violating Title 2 American Disabilities Act and the 14th Amendment of the U.S. Constitution.

The level of neglect by the sheriff and those under his employ has been stated as fact by Captain Skylar Viebrock, Medical Office Sierra Hill, C.O. Parretta, Schusselman, Stevenson, and Walker. (Please notate that incorrect spellings devolved from lack of person answering the intercom to provide names of C.O. as is policy of this department. Corporal Kelsey and Lunsford have also expressed the neglect of care is an issue at this jail.

Please provide a copy of this grievance and my medical lab report conducted by the health department to the Honorable Judge Koffman who needs to ensure because of the power of his position that detainees are being cared for under statutes in Missouri law that govern the humane treatment of those detained in the county of his court.

The objective-subjective components of a deliberate indifference claim 1) Pettis County Jail has been given adequate notice of serious medical needs.

2) They have failed to take action within a demonstrative standard of care for the sole purpose of cost and convenience.

Inmate Signature:

██████████████████

Officer Receiving DSN#:                          Date/Time:
603                                              4/13/2022 9:55am

Supervisor's Response:
04/13/2022 09:56:06 AM by Skyler Viebrock sviebrock@I001161.MO

████████ nted to let you know we have a new doctor finally. I will be meeting with him tomorrow for the first time and I'm
going to request him to see you when he's here for visits.

Supervisor Signatue:
Cpt. Viebrock

Date/Time:
4/13/2022 9:55am

Request Form ID: 7305071

# Pettis County Sheriffs Office

**Name:** ██████████████████████

**Housing Unit:** ████████████

MEDICAL REQUEST

::

03/30/2022 11:31:05

I feel as though it would be a good idea for me to actually see the doctor regarding some medical concerns that I fear could be caused by my condition that was brought to my attention by my lab report received while I was in custody.

1) I have attributed these symptoms to my lack of mental health care provided since I became a hostage of this county but feel there needs to be further insight into the issue by a medical professional. I have over the last couple months experienced a major increase in fatigue that is rather harming my quality of living standards and has made simple tasks such as research and writing very difficult to complete. I have also had issues with constant rashes that will not go away. Chill, night sweats, muscle aches, and swollen lymphnodes have all been a intermittent issues throughout my time here. I respectively request to see a doctor as soon as possible to discuss these issues further. My throat is also sore and I have experienced a problem with mouth ulcers.

2) I am also getting another hemrhoid (sorry this misspelled) and need some medicine not sold through commissary.

Thanks again for your promptness.

Officer Receiving Form:            Date/Time:

Sierra HIll                            3/30/2022

Supervisors Response:

03/30/2022 02:03:34 PM by Sierra Hill sslack@I001161.MO

Ill print this out show our doctor and see what he says and if nothing is done ill bring up to captain about the issues you are having

Signature:

Sierra HILL

# Pettis County Sheriff's Office

## GRIEVANCE FORM

## Brad R. Anders

## Sheriff

**Name:**

▮▮▮▮▮▮▮▮▮▮▮▮

**Date:**

**03-30-2022**

**Cell Block:**

▮▮▮▮▮▮▮▮

**Time:**

Inmate Request/Grievance:

03/30/2022 10:41:45

Captain Viebrock,

Thanks again for your help with the research you provided. I will send it back with one of the C.O.s today in an unmarked envelope for discreteness. Also, items needed from our discussion last week I listed in a service ticket but it is not in the viewable panel. I am not really for sure what happened.

1) Name of medical provider for jail and address

2) Charlie Ackerman, Public Title and Address

3) County Board of Commissioners, Names and mailing address

4) Copy of all grievances, service tickets, and medical request (Mine are not listed on the kiosk from my time in H-pod

5) Time to view my medical records and make notes

6) Jail Account Transactions for last six months (Cannot log in to the kiosk for this)

Thanks again for your help.

04/07/2022 08:19:08

Thank you captain and appreciate it. Sorry for any negativity on my end. This is just stressful and honestly sitting here bored out of my mind day in and day probably makes my reaction not always the best effort. I apologize if I do not seem appreciative of your time and energy in this.

Inmate Signature:

Officer Receiving DSN#:                                    Date/Time:
603                                                                    4/5/2022 12:40am

Supervisor's Response:
04/05/2022 12:40:45 AM by Skyler Viebrock sviebrock@I001161.MO

Will work on this.

04/13/2022 10:18:29 AM by Skyler Viebrock sviebrock@I001161.MO

fine. Just takes me a bit to get all this information pulled up. Cpt. Viebrock

Supervisor Signatue:
Cpt. Viebrock

Date/Time:
4/5/2022 12:40am

## Pettis County Sheriff's Office

## GRIEVANCE FORM

## Brad R. Anders

## Sheriff

**Name:** | **Date:**
04-01-2022

**Cell Block:** | **Time:**

Inmate Request/Grievance:
04/01/2022 08:50:21

I need to report a crime of murder by your doctor who is trying to ensure my slow and painful death through total neglect of his Hippocratic Oath and guidelines set forth by government agencies that deem quick and effective treatment paramount to me not being killed in a rather sadistic fashion. Please have a Deputy without direct association to the jail come to take my statement and investigate this attempted murder as quickly as possible.

04/02/2022 07:26:19

I prefer to provide all details to a deputy or state trooper not directly link to the jail for which protects and harbors the killing of its inmates.

Inmate Signature:

Officer Receiving DSN#: | Date/Time:
652 | 04/01/22 0935

Supervisor's Response:
04/01/2022 09:38:23 AM by Robert Kelsey rkelsey@I001161.MO

What seems to be the problem why do you say you are being killed

Supervisor Signatue:
Robert Kelsey

Date/Time:
04/01/22 0935

Inmate Appeal:

Inmate Signature:

Supervisor Response:
04/05/2022 01:45:23 PM by Skyler Viebrock sviebrock@I001161.MO

███████ have given this to the Major.

Supervisor Signature:
Cpt. Viebrock

Request Form ID: 7340498

## Pettis County Sheriffs Office

**Name:** ███████████████      **Housing Unit:** ██████████

MEDICAL REQUEST

::

04/04/2022 17:49:16

I wanted to send a reminder of my request to see the doctor to figure out if symptoms I am having are related to my life threatening illness or lack of mental health. Both of which are being untreated because of a deliberate indifference because of my socioeconomic level. This is recklessness in care of someone unable to seek other remedies for care because of confinement. This needs to be investigated by an outside source from the jail because individuals working as staff, officers, and/or contracted labor could be implicit in allowing this to occur. Please pass this request for medical care onto the captain as well so further action can be conducted in reviewing what is a overt and blatant criminal act. Thank You.

It should not take this much effort just to obtain medical care. If you cannot provide a level of humane treatment for those you are supposed to be in charge of you need to inform the court for which is required to ensure humane treatment of those in custody under Missouri Statute. The time for more than an excuse beyond, "We are trying to get a new doctor", is long expired.

Officer Receiving Form:          Date/Time:

Supervisors Response:

04/06/2022 02:38:56 PM by Sierra Hill sslack@I001161.MO

THE CAPTAIN SENT THIS ISSUE TO THE DR BOSS AND IS TRYING TO ADDRESS THE ISSUE AND MAKING IT FAST FOR US GETTING A NEW DOCTOR. WHEN I MEET THE DOCTOR ILL READDRESS ISSUES THAT THE OTHEI DOCTOR DIDNT PROVIDE. IM SORRY FOR THE ISSUES AND WE ARE TRTYING TO GET YOU HELP YOU NEED.

Signature:

Request Form ID: 7372392

## Pettis County Sheriff's Office

## GRIEVANCE FORM

## Brad R. Anders

## Sheriff

**Name:** ▓▓▓▓▓▓▓▓

**Date:** **04-09-2022**

**Cell Block:** ▓▓▓▓▓▓▓

**Time:**

Inmate Request/Grievance:

04/09/2022 11:40:46

Out of need for prompt medical and mental health treatment for which this facility and its staff neglect to provide those in it custody I am having to plea out as soon as I can get a hold of my public defender under duress just to get proper medical and mental healthcare. I will need print outs of all grievances with responses. Also, I would like a print out of my call logs. You win I will just go away.

Inmate Signature: ▓▓▓▓▓▓▓

Officer Receiving DSN#:

603

Date/Time:

5/19/2022 1:34pm

Supervisor's Response:

05/19/2022 01:34:43 PM by Skyler Viebrock sviebrock@I001161.MO

Spoke with detainee good to close.

Supervisor Signatue:
Cpt. Viebrock

Date/Time:
5/19/2022 1:34pm

Request Form ID: 7455154

## Pettis County Sheriffs Office

**Name:**                                         **Housing Unit:**

                                                  **Pod M;;;**

MEDICAL REQUEST

::

04/22/2022 07:48:04

Please note that you will need to come see my with any replies as I cannot check in to the kiosk until they fix the issue with not being able to see past grievances. I more just need to state that through you and your employers continuing lies, deceit, and deception that I AM STILL IN NEED OF MEDICAL AND MENTAL HEALTHCARE. You stated that last Thursday I would se the doctor and came down to the pod just to tell us this. Then in the utmost discriminatory fashion yesterday you allow others to see the doctor but not me. You actions are abhorrent in this matter and further resound the criminal tactics of this facility. Please pass this on to the captain. Thank You.

Officer Receiving Form:                           Date/Time:

Supervisors Response:
04/22/2022 02:30:57 PM by Sierra Hill sslack@I001161.MO

talked to

Signature:

Request Form ID: 7521226

# Pettis County Sheriffs Office

**Name:**                                   **Housing Unit:**

MEDICAL REQUEST

::
05/02/2022 14:22:27

I tried for a second week to order Allergy pills on commissary and they are still out of stock. May I please be provided a couple packets if possible? Thank You.

Officer Receiving Form:                                Date/Time:

Supervisors Response:
05/03/2022 10:34:47 AM by Sierra Hill sslack@I001161.MO

ill come talk to you

Signature:

Request Form ID: 7587675

## Pettis County Sheriffs Office

**Name:**                                           **Housing Unit:**

████████████████                        ███████████

MEDICAL REQUEST

::
05/12/2022 11:09:15

The lady I spoke with regarding my medicine said I needed to have another lab test completed as soon as possible. I figured she informed you but just thought I should put a service ticket on the matter. Thanks Sierra.

Officer Receiving Form:                             Date/Time:

Supervisors Response:
05/12/2022 04:56:20 PM by Sierra Hill sslack@I001161.MO

okay will do! ill get a hold of the health department tomorrow morning and see what we can do

Signature:

Request Form ID: 7676978

## Pettis County Sheriff's Office

## GRIEVANCE FORM

## Brad R. Anders

## Sheriff

**Name:**

█████████████

**Date:**

**05-24-2022**

**Cell Block:**

██████████

**Time:**

Inmate Request/Grievance:
05/24/2022 19:53:01

Red or Roy,

I know you said that Sierra would fix my medicine situation in the morning but this is just not acceptable. The date on the medicine bottle is today and the doctors both spoke of the paramount nature for using medicine as quickly as I can and consistently. I brought this to CO Barlow's attention during dinner as a means of being preemptive on the matter. Please get this corrected I have gone months being held while criminals got away with violating my rights and though I really dont want to send in this lawsuit I feel as though it is the only way to get medical care here. Thank you.

Inmate Signature:

████████████

Officer Receiving DSN#:

Date/Time:

Supervisor's Response:

Supervisor Signatue:

_____

Date/Time:

_____

Request Form ID: 7676740

## Pettis County Sheriffs Office

**Name:**                                           **Housing Unit:**

MEDICAL REQUEST

::

05/24/2022 19:20:09

I just wanted to let you know I was supposed to start my medicine tonight. The Civil Rights of Institutionalized Persons Act and Title II of the ADA are very clear that date of new medicine is an observant factor of the initial start date for a new medicine to be administered. Also, I will be refusing any morning medicine as the head of the department stated that stomach aches are very common. I have always had issues with stomach aches from larger or complex medicine such as these and the doctor and I agreed that even though it can be taken anytime that nighttime is best.

Also, Tyranney from Phoenix house said that they would pay for my mental health medicine. May I please see the doctor on Thursday to get this taken care of. If you need my prior records from Katy Trail just let me know.

Please please please get my medicine taken. I cannot express the level of disgust that both doctors felt regarding the level of care I received here. Please make this right as this is such a time sensitive matter that according to the head of the infectious disease center at the University Hospital it should have been dealt with atleast 4 months ago. Competence is an essential element in halting deliberate indifference lawsuits that could go beyond the ACH and their medical staff. I have been very patient as I dealt with this issue but patience cannot be mistaken to allow for intentional neglect.

I spoke with CO Barlow about this issue who said he would call the doctor and get the issue figured out. I do not know if this ever happened but do need details of the call for my notes. Thank you and it is paramount that these issues are corrected.

Officer Receiving Form:                              Date/Time:

Supervisors Response:
05/25/2022 11:32:47 AM by Sierra Hill sslack@I001161.MO

I had talked to him today

Signature:

Request Form ID: 7678193

## Pettis County Sheriff's Office

## GRIEVANCE FORM

## Brad R. Anders

## Sheriff

**Name:**

█████████████████

**Date:**

**05-25-2022**

**Cell Block:**

Pod A;;;

**Time:**

Inmate Request/Grievance:

05/25/2022 00:28:54

Captain Viebrock,

I have given your incompetent staff so many chances to redeem themselves in the face of a lawsuit that will focus on bringing you corrupt employees to justice. I was supposed to start my medicine yesterday as the doctor stated in front of your CO. This never happened and even after I informed Barlow and Red prior to the med cart going around. They just pointed the finger at Sierra and made excuses. It was rather disgusting and shows why this place needs court ordered reform. I am sending in my lawsuit to today and will need a copy of my commissary account transactions. I tried to not have to o this but your people leave no other choice.

Inmate Signature:

Officer Receiving DSN#:

603

Date/Time:

7/1/2022 7:30am

Supervisor's Response:

07/01/2022 07:31:07 AM by Skyler Viebrock sviebrock@I001161.MO

██████ as this been addressed?

Supervisor Signatue:

Cpt. Viebrock

Date/Time:

7/1/2022 7:31am

Request Form ID: 7712679

# Pettis County Sheriffs Office

**Name:**                                 **Housing Unit:**

MEDICAL REQUEST

::

05/30/2022 09:44:00

Sierra,

Can you please be sure I get my lab results and antibiotic that Dr. Escovar wanted me to start. All the rashes I had have cleared up but I have these sores on my butt still. I am pretty sure that the new medicine would have been for these but if not then I will need to do a medical protocal. I had MRSA about a year ago on my stomach and the sores are at that level of painful. I dont want it spreading to my spine or something. Thanks for your time as always.

Officer Receiving Form:                               Date/Time:

Supervisors Response:

Signature:

Request Form ID: 7724632

## Pettis County Sheriffs Office

**Name:**                                    **Housing Unit:**

████████████████                    ████████████

MEDICAL REQUEST

::

05/31/2022 20:46:19

May I please see the doctor as soon as possible the sores on my butt are multiplying rapidly and are so painful to touch I cant ever sitfor very long. I think at this point many will have to be lanced. Plus they need to biopsied to make sure they are not MRSA. I would say within a week I have went from 7-8 sores to know well over 20-plus. We need to possibly call Dr. Escovar and see if there is something that is in my lab results that my explain this. The pain is just awful and is getting even worse. I cant lay flat without being woke up in pain and even walking results in discomfort. I have had MRSA before and this is very similar in context of pain level. I do know upon contracting MRSA one time that it does come back sporadically. I am sorry to be such a pest but I somehow seem to be riddled with disease and these sores are horrible. Also, we still need to look into getting my mental healt medicine started again. My last dosage taken was the day before I was arrested. Thank you.

Officer Receiving Form:                    Date/Time:

Supervisors Response:

Signature:

Request Form ID: 7732109

## Pettis County Sheriffs Office

**Name:**                         **Housing Unit:**

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬     ▬▬▬▬▬▬▬▬▬▬▬▬

MEDICAL REQUEST

::

06/01/2022 19:29:40

Per my last couple requests and the conversations we have discussed. These sores on my butt are so painful I am getting were I cant even walk it so painful. They are still increasing innumber as infections do when not treated promptly. I am sure at this point many will have to lanced and I am in so much pain that if I was on the street I would of consulted medical help many days before it reached this point. I need this looked as soon as possible. I cant eat or use the restroom the pain is so bad. I appreciate my medicine but urgent care when requested should not take this long. I am suffering horribly please help.

Officer Receiving Form:                        Date/Time:

Supervisors Response:

Signature:

Request Form ID: 7735153

# Pettis County Sheriffs Office

**Name:**                                  **Housing Unit:**

MEDICAL REQUEST

::

06/02/2022 09:48:20

Sierra- Please make sure I see the doctor today or do a medical protocol. I can barely move or sit because the pain is so bad. I have not slept due to the constant pain level of these sores. The On-Call doctor showed major deliberate indifference in this matter last night. I am so sick of pursing legal remedies for basic healthcare right. I gurantee as soon as someone actually sees the infected area they will understand why I am in such pain.

Officer Receiving Form:                           Date/Time:

Supervisors Response:

Signature:

Request Form ID: 7757566

## Pettis County Sheriffs Office

**Name:**                                       **Housing Unit:**

███████████████           ███████

MEDICAL REQUEST

::

06/05/2022 15:00:39

I was told on Thursday that the jail doctor was putting me on an additional antibiotic. It is Sunday and I have never received this medicine. This was a time sensitive issue due to current standards of pain and suffering that had to be espoused in a multitude of medical requests. If this facility cannot provide basic health care as a right then something must be done. I am so sick of dealing with issues regarding cruel or incompetent medical standards here. The brutality needs to end though and I will not stop till standards of care are improved.


Officer Receiving Form:                            Date/Time:


Supervisors Response:


Signature:

Request Form ID: 7819551

# Pettis County Sheriffs Office

**Name:**                           **Housing Unit:**

MEDICAL REQUEST

::

06/14/2022 07:42:35

Sierra,

I think my last dosage of the antibiotic the jail's doctor prescribed should have been yesterday morning. I have still been given this med the last two med carts which was last night and this morning. Can you check on this and update the med book if needed. Thank you.

Officer Receiving Form:                     Date/Time:

Supervisors Response:

06/14/2022 10:14:31 AM by Sierra Hill sslack@I001161.MO

talked to inmate

Signature:

Request Form ID: 7936422

## Pettis County Sheriffs Office

**Name:**                                    **Housing Unit:**

███████████████████              ███████████████

MEDICAL REQUEST

::
06/30/2022 13:40:22

Just wanted to remind you about my follow appointment for Dr. Escovar.


Officer Receiving Form:                      Date/Time:


Supervisors Response:


Signature:

Request Form ID: 8619076

# Pettis County Sheriff's Office

## GRIEVANCE FORM

### Brad R. Anders

### Sheriff

**Name:**

⬛⬛⬛⬛⬛⬛

**Date:**
**09-29-2022**

**Cell Block:**

⬛⬛⬛⬛

**Time:**

Inmate Request/Grievance:
09/29/2022 18:34:15

I was not given my Biktarvey today during the medicine pass at breakfast because they could not be located on the med cart. There was a note stating that my meds would be delivered by mail from the pharmacy. I requested C.O. Gerken to please leave a message for the medical officer who is in charge of ordering. I also told the medical officer at 9:00 a.m. about not getting my med who said she would look into it. I then reminded her an hour later who stated she had been busy with the all-staff cook-out and had not had time to look into it. I then had no further correspondence from her on the issue and was never provided my daily dosage. Missing dosages is harmful for many factors including the creation of resistance factors associated with the failure to follow the regular dosage schedule. Please see that essential job functions of the medical officer are being performed regarding access to medicines in the prescribed format as ordered by the prescribing physician and approved by the facility's doctor. Thank you.

Inmate Signature:

⬛⬛⬛⬛⬛

Officer Receiving DSN#:
710

Date/Time:
10/20/22 1110

Supervisor's Response:
10/20/2022 11:12:55 AM by Robert Kelsey rkelsey@I001161.MO

Was it just the one day or was it more we now have the nurse ordering meds

Supervisor Signatue:
Robert Kelsey

Date/Time:
10/20/22 1110

Request Form ID: 8621394

# Pettis County Sheriff's Office

## GRIEVANCE FORM

## Brad R. Anders

## Sheriff

**Name:**
█████████████████

**Date:**
**09-30-2022**

**Cell Block:**
████████████

**Time:**

Inmate Request/Grievance:
09/30/2022 06:51:25

This is the second dosage in a row that has not been provided of my Biktarvey. This issue really needs to be address. My meds are supposed to be auto refilled and delivered from my understanding because of the severity of missed dosages. Please stop harming me. Thank you.

Inmate Signature:
████████████████

Officer Receiving DSN#:                          Date/Time:
710                                              10/20/22 1110

Supervisor's Response:
10/20/2022 11:15:48 AM by Robert Kelsey rkelsey@I001161.MO

I know this is old have you had any other issues

Supervisor Signatue:

Robert Kelsey

Date/Time:
10/20/22 1110

Request Form ID: 8684035

## Pettis County Sheriffs Office

**Name:** ▮▮▮▮▮▮▮▮▮▮▮▮     **Housing Unit:** ▮▮▮▮▮▮

MEDICAL REQUEST

∷

10/08/2022 01:54:12

My middle toe on my right foot is turning purple and is super painful to walk on. I do not remember hurting it at all but this just seemed to happened. Thank you.

Officer Receiving Form:         Date/Time:

Supervisors Response:

Signature:

Request Form ID: 8706898

# Pettis County Sheriffs Office

**Name:**                                                        **Housing Unit:**

████████████                          █████████

MEDICAL REQUEST

::
10/11/2022 12:10:56

I wanted request my medicines be passed to me at night since I work overnights and they are moving med pass to 8 a.m. which is in the middle of my normal sleeping schedule. Thank you. Disregard if this would in effect make me miss a dosage to parlay scheduling.

Officer Receiving Form:                                          Date/Time:

Supervisors Response:
10/12/2022 03:45:48 PM by Sierra Hill sslack@I001161.MO

THIS WAS HANDLED TODAY YOU WILL STILL GET YOUR MEDS IN THE AM

Signature:

Request Form ID: 8887063

## Pettis County Sheriffs Office

**Name:** █████████████

**Housing Unit:** █████████████

MEDICAL REQUEST

::
11/04/2022 05:51:21

There was no Biktarvey prescription on the med cart for me today.

Officer Receiving Form:                          Date/Time:

Supervisors Response:

Signature:

.

## Pettis County Sheriff's Office

## GRIEVANCE FORM

## Brad R. Anders

## Sheriff

**Name:**
█████████████

**Date:**
**11-04-2022**

**Cell Block:**
███████████

**Time:**

Inmate Request/Grievance:
11/04/2022 05:34:00

I did not receive my medicine this morning. There is a note in the MARS book stating that the pharmacy had sent it. Can someone please ensure that I get my daily dosage for today. Thank you.

Inmate Signature:
███████████

Officer Receiving DSN#:                          Date/Time:
Cpl. Hall                                        11/8/22 2139

Supervisor's Response:
11/08/2022 09:41:56 PM by Roy Hall rhall@I001161.MO

████████████

I was advised that the nurse took care of getting your medications that morning. True or false?

Supervisor Signatue:
Cpl. Hall

Date/Time:

_____

## Pettis County Sheriffs Office

**Name:**                                        **Housing Unit:**

MEDICAL REQUEST

::

11/10/2022 03:38:31

I have am having a pain in the upper part of my chest that is giving me breathing issues for about a day and a half. The pain is worse when I move from a prone style position to sitting or standing. May I please get a protocol done to see what is wrong as it seems to be getting worse?

Officer Receiving Form:                          Date/Time:

Supervisors Response:

11/11/2022 09:08:18 AM by Stacey Watring watrings@I001161.MO

11/10 seen by medical

Signature: