Ex. 10 to Pl.'s Mtn. for Prelim. Inj.

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ORIGINAL ORDER 1/12/22 | Cephalexin 1000 mg AM and PM | 0530 | | | | | | | | | | | | | 73 | 73 | 79 | 79 | 69 | 71 | 65 | 79 | 77 | 79 | 79 | 69 | | | | | | | |
| DISCONTINUE 1/24/22 | | 2000 | | | | | | | | | | | | 15 | 77 | 79 | 77 | 62 | 67 | 77 | 62 | 77 | 15 | 77 | 15 | D/C | | | | | | | |
| ORIGINAL ORDER 1/12/22 | Tylenol 1000 Mg AM and PM | 0530 | | | | | | | | | | | | | 73 | 73 | 79 | | | | | | | | | | | | | | | | |
| DISCONTINUE 1/15/22 | | 2000 | | | | | | | | | | | | 15 | 77 | 79 | D/C | | | | | | | | | | | | | | | | |
| ORIGINAL ORDER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DISCONTINUE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORIGINAL ORDER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DISCONTINUE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORIGINAL ORDER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DISCONTINUE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORIGINAL ORDER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DISCONTINUE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| 6515 | V. [signature] | 679 | [signature] | | | | | | |
| 673 | [signature] | 77 | S. [signature] | | | | | | |
| 667 | [signature] | 662 | C. Jenkins | | | | | | |
| | | 669 | [signature] | | | | | | |

[signature] 1-26-2[illegible]

DIAGNOSIS

FACILITY PCJ

CHARTING FOR 1/1/2022 THROUGH 1/31/2022

Case 2:22-cv-04164-SRB Document 45-6 Filed 12/14/22 Page 1 of 18

# MEDICATION NOTES

**Instructions:**

- INITIAL APPROPRIATE BOX WHEN MEDICATION OR TREATMENT IS GIVEN.
- CIRCLE INITIALS WHEN MEDICATION OR TREATMENT IS REFUSED.
- STATE REASON FOR REFUSAL UNDER MEDICATION NOTES.
- STATE REASON AND RESULT FOR PRN MEDICATION OR TREATMENT.
- INDICATE INJECTION SITE WITH APPROPRIATE CODE.

**Injection Site Codes:**

1. ABDOMEN LEFT
2. ABDOMEN RIGHT
3. ARM (DELTOID) LEFT
4. ARM (DELTOID) RIGHT
5. BUTTOCKS (GLUTEUS) LEFT
6. BUTTOCKS (GLUTEUS) RIGHT
7. THIGH (QUADRICEPS) LEFT
8. THIGH (QUADRICEPS) RIGHT
9. UPPER BACK LEFT
10. UPPER BACK RIGHT
11. UPPER CHEST LEFT
12. UPPER CHEST RIGHT

**Result Codes:**

A. EFFECTIVE
B. SLIGHTLY EFFECTIVE
C. INEFFECTIVE
D. NO EFFECT OBSERVED

**Non Administered Medication Reason Codes:**

1. REFUSED BY INMATE
2. INMATE DID NOT SHOW
3. INMATE NOT IN CELL
4. SECURITY LOCKDOWN
5. MEDICATION HELD (STATE REASON)
6. MEDICATION OUT OF STOCK

| Date | Time | Init. | Medication - Dose | Route | Reason | Result | Date | Time | Init. | Medication - Dose | Route | Reason | Result |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |

Case 2:22-cv-04164-SRB Document 45-6 Filed 12/14/22 Page 3 of 18

**Ex. 10 to Pl.'s Mtn. for Prelim. Inj.**

# MEDICATION ADMINISTRATION RECORD

## INDEPENDENT HEALTH SERVICES

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ORIGINAL ORDER 3/24 | Triamcinolone 0.1% cream Am/pm x10days | Am | | | | | | | | | | | | | | | | | | | | | | | | 17 | 79 | 79 | 79 | 65 | 69 | 65 | 79 |
| DISCONTINUE 4/2 | | pm | | | | | | | | | | | | | | | | | | | | | | | | 16 | 67 | 62 | 74 | | | 74 | 74 |
| ORIGINAL ORDER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DISCONTINUE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORIGINAL ORDER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DISCONTINUE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORIGINAL ORDER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DISCONTINUE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORIGINAL ORDER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DISCONTINUE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORIGINAL ORDER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DISCONTINUE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|
| 6517 | Alexa Thie | | | | | | |
| 6516 | [illegible] | | | | | | |
| 6669 | A. [illegible] | | | | | | |
| 6573 | [illegible] | | | | | | |

DATE OF BIRTH OR SOC SEC. NO. | ALLERGY | DIAGNOSIS

FACILITY: PCJ | CHARTING FOR: 3/24/22 | THROUGH: 3/31/22

Ex. 10 to Pl.'s Mtn. for Prelim. Inj.

# MEDICATION NOTES

**Instructions:**

- INITIAL APPROPRIATE BOX WHEN MEDICATION OR TREATMENT IS GIVEN.
- CIRCLE INITIALS WHEN MEDICATION OR TREATMENT IS REFUSED.
- STATE REASON FOR REFUSAL UNDER MEDICATION NOTES.
- STATE REASON AND RESULT FOR PRN MEDICATION OR TREATMENT.
- INDICATE INJECTION SITE WITH APPROPRIATE CODE.

**Injection Site Codes:**

1. ABDOMEN LEFT
2. ABDOMEN RIGHT
3. ARM (DELTOID) LEFT
4. ARM (DELTOID) RIGHT
5. BUTTOCKS (GLUTEUS) LEFT
6. BUTTOCKS (GLUTEUS) RIGHT
7. THIGH (QUADRICEPS) LEFT
8. THIGH (QUADRICEPS) RIGHT
9. UPPER BACK LEFT
10. UPPER BACK RIGHT
11. UPPER CHEST LEFT
12. UPPER CHEST RIGHT

**Result Codes:**

A. EFFECTIVE
B. SLIGHTLY EFFECTIVE
C. INEFFECTIVE
D. NO EFFECT OBSERVED

**Non Administered Medication Reason Codes:**

1. REFUSED BY INMATE
2. INMATE DID NOT SHOW
3. INMATE NOT IN CELL
4. SECURITY LOCKDOWN
5. MEDICATION HELD (STATE REASON)
6. MEDICATION OUT OF STOCK

| Date | Time | Init. | Medication - Dose | Route | Reason | Result | Date | Time | Init. | Medication - Dose | Route | Reason | Result |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |

MEDICATION ADMINISTRATION RECORD

INDEPENDENT HEALTH SERVICES

**Ex. 10 to Pl.'s Mtn. for Prelim. Inj.**

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ORIGINAL ORDER 3/24 DISCONTINUE 4/2 | Triamcinolone 0.1% Cream Am/pm x 10days | Am | 679 | 679 | D/C | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | pm | 746 | 674 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORIGINAL ORDER DISCONTINUE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORIGINAL ORDER DISCONTINUE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORIGINAL ORDER DISCONTINUE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORIGINAL ORDER DISCONTINUE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORIGINAL ORDER DISCONTINUE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| 6517 | Abernathie | 674 | [signature] | 679 | [signature] | | | | |
| 623 | [signature] | | | | | | | | |

NONE

FACILITY PCJ

CHARTING FOR 3/1/22 THROUGH 4/30/22

DIAGNOSIS

# MEDICATION NOTES

**Instructions:**

- INITIAL APPROPRIATE BOX WHEN MEDICATION OR TREATMENT IS GIVEN.
- CIRCLE INITIALS WHEN MEDICATION OR TREATMENT IS REFUSED.
- STATE REASON FOR REFUSAL UNDER MEDICATION NOTES.
- STATE REASON AND RESULT FOR PRN MEDICATION OR TREATMENT.
- INDICATE INJECTION SITE WITH APPROPRIATE CODE.

**Injection Site Codes:**

1. ABDOMEN LEFT
2. ABDOMEN RIGHT
3. ARM (DELTOID) LEFT
4. ARM (DELTOID) RIGHT
5. BUTTOCKS (GLUTEUS) LEFT
6. BUTTOCKS (GLUTEUS) RIGHT
7. THIGH (QUADRICEPS) LEFT
8. THIGH (QUADRICEPS) RIGHT
9. UPPER BACK LEFT
10. UPPER BACK RIGHT
11. UPPER CHEST LEFT
12. UPPER CHEST RIGHT

**Result Codes:**

A. EFFECTIVE
B. SLIGHTLY EFFECTIVE
C. INEFFECTIVE
D. NO EFFECT OBSERVED

**Non Administered Medication Reason Codes:**

1. REFUSED BY INMATE
2. INMATE DID NOT SHOW
3. INMATE NOT IN CELL
4. SECURITY LOCKDOWN
5. MEDICATION HELD (STATE REASON)
6. MEDICATION OUT OF STOCK

| Date | Time | Init. | Medication - Dose | Route | Reason | Result | Date | Time | Init. | Medication - Dose | Route | Reason | Result |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |

Ex. 10 to Pl.'s Mtn. for Prelim. Inj.

# MEDICATION ADMINISTRATION RECORD

INDEPENDENT HEALTH SERVICES

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ORIGINAL ORDER 5/25 DISCONTINUE 6/24 | SAMSD Biktarvy 50-200-25mg 1 Tab by mouth Daily (Has Bottle Top Drawer) | AM | | | | | | | | | | | | | | | | | | | | | | | | | 65 | 617 | 69 | 29 | 65 | 62 | 65 |
| ORIGINAL ORDER 5/27 DISCONTINUE | Bactrim DS 800mg-160 mg Oral Tablet for 90 days | Am | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 6 | 17 | 65 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 65 | | |
| ORIGINAL ORDER DISCONTINUE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORIGINAL ORDER DISCONTINUE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORIGINAL ORDER DISCONTINUE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| 6517 | Alexa Hill | | | | | | | | |
| 665 | SWilliamson | | | | | | | | |

DIAGNOSIS

NONE

FACILITY PCJ

CHARTING FOR 5/1/22 THROUGH 5/31/22

# MEDICATION NOTES

Ex. 10 to Pl.'s Mtn. for Prelim. Inj.

**Instructions:**

- INITIAL APPROPRIATE BOX WHEN MEDICATION OR TREATMENT IS GIVEN.
- CIRCLE INITIALS WHEN MEDICATION OR TREATMENT IS REFUSED.
- STATE REASON FOR REFUSAL UNDER MEDICATION NOTES.
- STATE REASON AND RESULT FOR PRN MEDICATION OR TREATMENT.
- INDICATE INJECTION SITE WITH APPROPRIATE CODE.

**Injection Site Codes:**

1. ABDOMEN LEFT
2. ABDOMEN RIGHT
3. ARM (DELTOID) LEFT
4. ARM (DELTOID) RIGHT
5. BUTTOCKS (GLUTEUS) LEFT
6. BUTTOCKS (GLUTEUS) RIGHT
7. THIGH (QUADRICEPS) LEFT
8. THIGH (QUADRICEPS) RIGHT
9. UPPER BACK LEFT
10. UPPER BACK RIGHT
11. UPPER CHEST LEFT
12. UPPER CHEST RIGHT

**Result Codes:**

A. EFFECTIVE
B. SLIGHTLY EFFECTIVE
C. INEFFECTIVE
D. NO EFFECT OBSERVED

**Non Administered Medication Reason Codes:**

1. REFUSED BY INMATE
2. INMATE DID NOT SHOW
3. INMATE NOT IN CELL
4. SECURITY LOCKDOWN
5. MEDICATION HELD (STATE REASON)
6. MEDICATION OUT OF STOCK

| Date | Time | Init. | Medication - Dose | Route | Reason | Result | Date | Time | Init. | Medication - Dose | Route | Reason | Result |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/29 | 0553 | 65 | Bactrim DS 800mg 1 tab | oral | out of stock 6 | not given | | | | | | | |

Ex. 10 to Pl.'s Mtn. for Prelim. Inj.

# MEDICATION ADMINISTRATION RECORD

INDEPENDENT HEALTH SERVICES

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ORIGINAL ORDER 5/25 DISCONTINUE 6/30 | SAM SD BikTarvy 50-200-25mg 1 Tab by mouth | Am | 6 65 | SH | SH | Th | 65 | SH | SH | SW | SH | Th | SB | SW | | SH | SH | DW | SH | SB | SB | DW | Th | SH | SH | Th | SW | SW | DW | SW | SW | Th | |
| ORIGINAL ORDER 5/27 DISCONTINUE | Bactrim DS 800mg -160mg Oral Tablet 90days | Am | 65 | SH | SH | Th | 65 | SH | SH | SW | SH | Th | SB | SW | | SH | SH | DW | SH | SB | SB | DW | Th | SH | SH | Th | SW | SW | DW | SW | SW | Th | |
| ORIGINAL ORDER 6/7 DISCONTINUE 6/17 | Keflex (cephalexin) Am/pm x10days 500mb (1 pill) | Am | — | — | — | — | — | — | — | SW | SH | Th | SB | SW | | SH | SH | DW | SH | | | | | | | | | | | | | | |
| | | pm | — | — | — | — | — | — | 72 | 62 63 | AP | 16 | AP | 63 | DW | 55 | 62 | AP | P/C | | | | | | | | | | | | | | |
| ORIGINAL ORDER DISCONTINUE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORIGINAL ORDER DISCONTINUE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORIGINAL ORDER DISCONTINUE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| 6517 | Alena Hill | | | 679 | Steven B[illegible] | | | | |
| 665 | S Williamson SW | | | 6516 | [illegible] DW | | | | |
| 669 | A. Fletcher | | | | | | | | |
| 673 | [illegible] | | | | | | | | |

DIAGNOSIS

FACILITY PCJ

CHARTING FOR 6/1/22 THROUGH 6/30/22

# MEDICATION NOTES

**Ex. 10 to Pl.'s Mtn. for Prelim. Inj.**

**Instructions:**

- INITIAL APPROPRIATE BOX WHEN MEDICATION OR TREATMENT IS GIVEN.
- CIRCLE INITIALS WHEN MEDICATION OR TREATMENT IS REFUSED.
- STATE REASON FOR REFUSAL UNDER MEDICATION NOTES.
- STATE REASON AND RESULT FOR PRN MEDICATION OR TREATMENT.
- INDICATE INJECTION SITE WITH APPROPRIATE CODE.

**Injection Site Codes:**

1. ABDOMEN LEFT
2. ABDOMEN RIGHT
3. ARM (DELTOID) LEFT
4. ARM (DELTOID) RIGHT
5. BUTTOCKS (GLUTEUS) LEFT
6. BUTTOCKS (GLUTEUS) RIGHT
7. THIGH (QUADRICEPS) LEFT
8. THIGH (QUADRICEPS) RIGHT
9. UPPER BACK LEFT
10. UPPER BACK RIGHT
11. UPPER CHEST LEFT
12. UPPER CHEST RIGHT

**Result Codes:**

A. EFFECTIVE
B. SLIGHTLY EFFECTIVE
C. INEFFECTIVE
D. NO EFFECT OBSERVED

**Non Administered Medication Reason Codes:**

1. REFUSED BY INMATE
2. INMATE DID NOT SHOW
3. INMATE NOT IN CELL
4. SECURITY LOCKDOWN
5. MEDICATION HELD (STATE REASON)
6. MEDICATION OUT OF STOCK

| Date | Time | Init. | Medication - Dose | Route | Reason | Result | Date | Time | Init. | Medication - Dose | Route | Reason | Result |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/1/23 | [illegible] | CS | Same Sd Biktarvy | oral | not in stock | not given | | | | | | | |

P6

MEDICATION ADMINISTRATION RECORD

INDEPENDENT HEALTH SERVICES

**Ex. 10 to Pl.'s Mtn. for Prelim. Inj.**

PETTIS(P6) CO JAIL MO ACH

OLSEN, WARREN

REPORT DATE

| EFFECTIVE DATES | MEDICATIONS | HOUR |
|---|---|---|
| ORIGINAL ORDER 05/31/22 DISCONTINUE 08/28/22 | SMZ-TMP DS 800-160MG TAB TAKE 1 TABLET(S) BY MOUTH DAILY | 0530 |
| ORIGINAL ORDER 5/25 DISCONTINUE 8/30 | SAM SO Biktory Naproxen 50-200-25 1 Tab | AM |

Initial | Signature

CHARTING FOR 7/1/2022 THROUGH 7/31/2022

FACILITY PETTIS(P6) CO JAIL MO ACH

DIAGNOSIS

# MEDICATION NOTES

Ex. 10 to Pl.'s Mtn. for Prelim. Inj.

**Instructions:**

- INITIAL APPROPRIATE BOX WHEN MEDICATION OR TREATMENT IS GIVEN.
- CIRCLE INITIALS WHEN MEDICATION OR TREATMENT IS REFUSED.
- STATE REASON FOR REFUSAL UNDER MEDICATION NOTES.
- STATE REASON AND RESULT FOR PRN MEDICATION OR TREATMENT.
- INDICATE INJECTION SITE WITH APPROPRIATE CODE.

**Injection Site Codes:**

1. ABDOMEN LEFT
2. ABDOMEN RIGHT
3. ARM (DELTOID) LEFT
4. ARM (DELTOID) RIGHT
5. BUTTOCKS (GLUTEUS) LEFT
6. BUTTOCKS (GLUTEUS) RIGHT
7. THIGH (QUADRICEPS) LEFT
8. THIGH (QUADRICEPS) RIGHT
9. UPPER BACK LEFT
10. UPPER BACK RIGHT
11. UPPER CHEST LEFT
12. UPPER CHEST RIGHT

**Result Codes:**

A. EFFECTIVE
B. SLIGHTLY EFFECTIVE
C. INEFFECTIVE
D. NO EFFECT OBSERVED

**Non Administered Medication Reason Codes:**

1. REFUSED BY INMATE
2. INMATE DID NOT SHOW
3. INMATE NOT IN CELL
4. SECURITY LOCKDOWN
5. MEDICATION HELD (STATE REASON)
6. MEDICATION OUT OF STOCK

| Date | Time | Init. | Medication - Dose | Route | Reason | Result | Date | Time | Init. | Medication - Dose | Route | Reason | Result |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |

# MEDICATION ADMINISTRATION RECORD

INDEPENDENT HEALTH SERVICES

**Ex. 10 to Pl.'s Mtn. for Prelim. Inj.**

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ORIGINAL ORDER 5/31 DISCONTINUE 10/31 | Smz-Tmp DS 800-160mg 1Tab by mouth Daily (am) | Am | DW | Th | SB | SB | SB | Th | DW | DW | JP | DW | DW | DW | DW | DW | JP |
| ORIGINAL ORDER 5/25 DISCONTINUE 10/31 | Sam SD Biktarvy 50-200-25 (am) 1Tab by mouth | Am | 6 DW (17) | Th | SB | SB | SB | Th | DW | DW | JP | DW | DW | DW | DW | DW | JP |
| ORIGINAL ORDER DISCONTINUE | | | | | | | | | | | | | | | | | |
| ORIGINAL ORDER DISCONTINUE | | | | | | | | | | | | | | | | | |
| ORIGINAL ORDER DISCONTINUE | | | | | | | | | | | | | | | | | |
| ORIGINAL ORDER DISCONTINUE | | | | | | | | | | | | | | | | | |

| EFFECTIVE DATES | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/31 – 10/31 | Th | SB | SB | Th | SB | JP | JP | JP | SB | SB | Th | SB | JP | DW | Th | SB |
| 5/25 – 10/31 | Th | SB | SB | Th | SB | JP | JP | JP | SB | SB | Th | SB | JP | DW | Th | SB |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| 0514 | Alexa Hill | JP | Parker L?78 | | | | | | |
| SW | S. Williamson LPS | | | | | | | | |
| 0516 | [illegible] DW | | | | | | | | |
| 673 | Stephen Th | | | | | | | | |

DIAGNOSIS

FACILITY PCJ

CHARTING FOR 8/1/22 THROUGH 8/31/22

# MEDICATION NOTES

Ex. 10 to Pl.'s Mtn. for Prelim. Inj.

**Instructions:**

- INITIAL APPROPRIATE BOX WHEN MEDICATION OR TREATMENT IS GIVEN.
- CIRCLE INITIALS WHEN MEDICATION OR TREATMENT IS REFUSED
- STATE REASON FOR REFUSAL UNDER MEDICATION NOTES.
- STATE REASON AND RESULT FOR PRN MEDICATION OR TREATMENT
- INDICATE INJECTION SITE WITH APPROPRIATE CODE.

**Injection Site Codes:**

1. ABDOMEN LEFT
2. ABDOMEN RIGHT
3. ARM (DELTOID) LEFT
4. ARM (DELTOID) RIGHT
5. BUTTOCKS (GLUTEUS) LEFT
6. BUTTOCKS (GLUTEUS) RIGHT
7. THIGH (QUADRICEPS) LEFT
8. THIGH (QUADRICEPS) RIGHT
9. UPPER BACK LEFT
10. UPPER BACK RIGHT
11. UPPER CHEST LEFT
12. UPPER CHEST RIGHT

**Result Codes:**

A. EFFECTIVE
B. SLIGHTLY EFFECTIVE
C. INEFFECTIVE
D. NO EFFECT OBSERVED

**Non Administered Medication Reason Codes:**

1. REFUSED BY INMATE
2. INMATE DID NOT SHOW
3. INMATE NOT IN CELL
4. SECURITY LOCKDOWN
5. MEDICATION HELD (STATE REASON)
6. MEDICATION OUT OF STOCK

| Date | Time | Init. | Medication - Dose | Route | Reason | Result | Date | Time | Init. | Medication - Dose | Route | Reason | Result |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/1 | 0627 | DW | San 5D Bicktarvy | oral | out of stock | not given | | | | | | | |

MEDICATION ADMINISTRATION RECORD

INDEPENDENT HEALTH SERVICES

**Ex. 10 to Pl.'s Mtn. for Prelim. Inj.**

| EFFECTIVE DATES | MEDICATIONS | HOUR | Daily administration initials (days 1–31) |
|---|---|---|---|
| ORIGINAL ORDER 5/31; DISCONTINUE 12/31 | SM2-TMP DS 800-160 1 Tab by mouth | Am | SB ar Th ar Th Th JP ar ar SW ar Th Th JP ar Th SW ar JP Th JP ar ar ar JP SW JP Th ar |
| ORIGINAL ORDER 5/31; DISCONTINUE 12/31 | SAMSD Biktary 50-200-25 1 Tab by mouth | Am | SB ar Th ar ar Th Th JP ar ar SW ar Th Th JP ar Th SW ar JP Th JP ar ar ar JP SW JP Th 6 / 6 ar |
| ORIGINAL ORDER; DISCONTINUE | | | |
| ORIGINAL ORDER; DISCONTINUE | | | |
| ORIGINAL ORDER; DISCONTINUE | | | |
| ORIGINAL ORDER; DISCONTINUE | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|
| AH | Alerra Hill | SWD | [illegible] | | | | |
| ar | [illegible] 736 | JP | Parker 736 | | | | |
| Th | [illegible] 733 | | | | | | |
| SW | S Williamson 732 | | | | | | |

DIAGNOSIS

NONE

FACILITY: Pettis County Jail

CHARTING FOR: 9/1/22 THROUGH: 9/30/22

Ex. 10 to Pl.'s Mtn. for Prelim. Inj.

# MEDICATION NOTES

**Instructions:**

- INITIAL APPROPRIATE BOX WHEN MEDICATION OR TREATMENT IS GIVEN.
- CIRCLE INITIALS WHEN MEDICATION OR TREATMENT IS REFUSED.
- STATE REASON FOR REFUSAL UNDER MEDICATION NOTES.
- STATE REASON AND RESULT FOR PRN MEDICATION OR TREATMENT.
- INDICATE INJECTION SITE WITH APPROPRIATE CODE.

**Injection Site Codes:**

1. ABDOMEN LEFT
2. ABDOMEN RIGHT
3. ARM (DELTOID) LEFT
4. ARM (DELTOID) RIGHT
5. BUTTOCKS (GLUTEUS) LEFT
6. BUTTOCKS (GLUTEUS) RIGHT
7. THIGH (QUADRICEPS) LEFT
8. THIGH (QUADRICEPS) RIGHT
9. UPPER BACK LEFT
10. UPPER BACK RIGHT
11. UPPER CHEST LEFT
12. UPPER CHEST RIGHT

**Result Codes:**

A. EFFECTIVE
B. SLIGHTLY EFFECTIVE
C. INEFFECTIVE
D. NO EFFECT OBSERVED

**Non Administered Medication Reason Codes:**

1. [illegible]
2. INMATE DID NOT SHOW
3. INMATE NOT IN CELL
4. SECURITY LOCKDOWN
5. MEDICATION HELD (STATE REASON)
6. MEDICATION OUT OF STOCK

| Date | Time | Init. | Medication - Dose | Route | Reason | Result | Date | Time | Init. | Medication - Dose | Route | Reason | Result |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |

# MEDICATION ADMINISTRATION RECORD

INDEPENDENT HEALTH SERVICES

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ORIGINAL ORDER 5/31 DISCONTINUE 12/31 | SMZ-TMP-DS 800-160 1 Tab By mouth | Am | Th | [illegible] DW | DW | Th | Th | JP | DW | DW | JP | DW | Th | SW | SW | Th | CD | CD | JP | CD | Th | AH | CD | CD | CD | CD | CD | Th | JP | CD | CD | CD | AH |
| ORIGINAL ORDER 5/31 DISCONTINUE 12/31 | SAM SD BIKTARY 50-200-25 1 Tab by mouth | Am | 6 Th | DW 6 | 6 DW | 6 Th | Th | JP | DW | DW | JP | DW | Th | SW | SW | Th | CD | CD | JP | CD | Th | AH | CD | CD | CD | CD | CD | Th | JP | CD | CD | CD | AH |
| ORIGINAL ORDER DISCONTINUE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORIGINAL ORDER DISCONTINUE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORIGINAL ORDER DISCONTINUE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORIGINAL ORDER DISCONTINUE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| AH | Alexa Hill | MS | M Saxton 722 | | | | | | |
| DW | Wancade 736 | JP | Porter 735 | | | | | | |
| SW | S Williamson 732 | | | | | | | | |
| CD | [illegible] | | | | | | | | |

ALLERGY: NONE

FACILITY: PCJ

CHARTING FOR: 10/1/22 THROUGH: 10/31/22

DIAGNOSIS

# MEDICATION NOTES

Ex. 10 to Pl.'s Mtn. for Prelim. Inj.

**Instructions:**

- INITIAL APPROPRIATE BOX WHEN MEDICATION OR TREATMENT IS GIVEN.
- CIRCLE INITIALS WHEN MEDICATION OR TREATMENT IS REFUSED.
- STATE REASON FOR REFUSAL UNDER MEDICATION NOTES.
- STATE REASON AND RESULT FOR PRN MEDICATION OR TREATMENT.
- INDICATE INJECTION SITE WITH APPROPRIATE CODE.

**Injection Site Codes:**

1. ABDOMEN LEFT
2. ABDOMEN RIGHT
3. ARM (DELTOID) LEFT
4. ARM (DELTOID) RIGHT
5. BUTTOCKS (GLUTEUS) LEFT
6. BUTTOCKS (GLUTEUS) RIGHT
7. THIGH (QUADRICEPS) LEFT
8. THIGH (QUADRICEPS) RIGHT
9. UPPER BACK LEFT
10. UPPER BACK RIGHT
11. UPPER CHEST LEFT
12. UPPER CHEST RIGHT

**Result Codes:**

A. EFFECTIVE
B. SLIGHTLY EFFECTIVE
C. INEFFECTIVE
D. NO EFFECT OBSERVED

**Non Administered Medication Reason Codes:**

1. REFUSED BY [illegible]
2. INMATE DID NOT SHOW
3. INMATE NOT IN CELL
4. SECURITY LOCKDOWN
5. MEDICATION HELD (STATE REASON)
6. MEDICATION OUT OF STOCK

| Date | Time | Init. | Medication - Dose | Route | Reason | Result | Date | Time | Init. | Medication - Dose | Route | Reason | Result |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|