## Narrative Progress Note

(When indicated, remember to document **S**ubjective symptoms, **O**bjective findings, **A**ssessment of situation, and **P**lan of care)

PATIENT NAME: ▮▮▮▮▮▮▮▮▮▮▮▮  DOB: ▮▮▮▮▮▮▮▮▮  AGE: _____

ID#: _____  LOCATION: _____

| Date/Time | Narrative Note |
|---|---|
| 9/30/22 | Detainee ▮▮▮▮▮▮▮ stated that he hasn't gotten his Biktarvy and he is out of Biktarvy. I had called MD Speciality pharmacy, they stated "that they never got any Billing information to Refill the medications." She stated that she will call me back to see what they can do about getting us his medication as soon as possible. I have emails sent on September 22 and September 27th to Tierney president with phoenix program on trying to get the billing updated to pay for his medications. *[signature]* |