# Pettis County Sheriff's Office

319 S Lamine, Sedalia, MO 65301

## Inmate Notes

| Inmate Name | Inmate DOB | Inmate SSN | Inmate Number |
|---|---|---|---|
| ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ |

**Inmate Notes**

11/18/2021 Medical Officer Hostetter 674, Kitchen Admin Chris Branstetter 6900 spoke with inmate on 11/18/2021 abbout egg allergy.
    Inmate cannot have boiled or scrambled egg, and omelets. Anything else with egg cooked into it he says he can have.
    Signed paper stating this scanned into his images. 6900 Chris Branstetter

11/25/2021 NO BOILED,SCRAMBLED EGGS.EOR 663

12/26/2021 Detainee had a gray and black in color shirt on and it was taken and placed in his property 671

02/18/2022 ▮▮▮ me about some criminal behavior that is going on with some of the detainees in H pod, this information has been forwarded to Captain Viebrock and is being handled, due to ▮▮▮ telling me these things he begged to be moved pods for his protection if it had gotten out that he told me the things he did. I moved ▮▮▮ to L pod at this time EOR 651

04/14/2022 ▮▮▮ had requested to speak with me during the shift but I had not yet made it down to South to speak with him. He bagan telling other Officers how he was going to "act out" and "go crazy" to get something done regarding his issue. He was upset he did not get to see the doctor today. I advised him that the doctor's decisions were completely out of my control and that I could not help his issue. I advised him that I could speak with Officer Hill regarding his concerns but the doctors visits are out of my control. I then aso advised him that threatening to cause a scene is not how he is going to get an answer to his question and that we would not tolerate his behavior if he continued to do so. He stated that he understood and then apologized for acting the way he did and stated that we would not have any further issues out of him EOR 668

Page 1 of 1     Printed 11/23/2022 1548     © 1994 - 2022 Omnigo Software St. Louis MO omnigo.com

Case 2:22-cv-04164-SRB Document 45-8 Filed 12/14/22 Page 1 of 1

Ex. 12 to Pl.'s Mtn. for Prelim. Inj.