

UP-MEDICINE SPECIALTY CLINIC

| Patient Name: | |
|---|---|
| MRN: | |
| Financial #: | |
| Admit Date: | 11/8/2022 |
| Discharge Date: | 11/8/2022 |
| Patient Type: | Clinic |
| DOB/Age/Sex: | Male |
| Attending: | Dandachi MD, Dima |
| Referring: | Referred, Self |

## Clinic Notes

DOCUMENT NAME:
RESULT STATUS: Modified
SIGN INFORMATION: Dandachi MD, Dima (11/15/2022 11:41 CST); Dandachi MD, Dima (11/15/2022 11:41 CST); Escovar MD, Javier (11/8/2022 10:46 CST)

Infectious Disease IM Clinic Note

### Chief Complaint
follow up

### History of Present Illness
38-year-old male coming for follow-up of HIV. Feeling well, no acute complaints at this time. Is on Biktarvy and Bactrim. 7 days missed doses of Biktarvy in the last 30 days. Zero missed doses of Bactrim. Viral load UD ,8/2022. CD4 count 266 ,8/2022. Tolerating medication well. No adverse effects. Is sexually inactive. Denies current drug use.

### Review of Systems
14 point ROS negative unless otherwise specified

### Physical Exam
Vitals & Measurements
**HR:** 71  **BP:** 139/86  **SpO2:** 98%
**HT:** 182 cm  **WT:** 82.9 kg  **BMI:** 25
Gen: Calm, cooperative. NAD.
Skin: No pathologic lesions
HEENT: EOMI, PERRLA, no rhinorrhea, conjunctival injection or suffusion
Pulm: CTA B/L. No Rhonchi, wheezes, or rales.
Cardio: RRR, Regular S1/S2, no rubs murmurs or gallops
Vasc: +2 pulses PT/DP. No edema
GI: Soft, NT, ND, BS+, no rebound or guarding
Neuro: AOx3, responds to questions appropriately
MSK: 5/5 strength U/LE B/L

### Assessment/Plan
37 yr old M patient presenting to HIV clinic for follow up

### HIV/AIDs subtype group B
- Year of Dx 1/2022  HIV mode of transmission: MSM
- VL UD  8/2022
- CD4 266 8/2022
- Current ART Biktarvy 5/27/2022 - P ,
- Missed 7 doses reportedly due to prison unable to obtain meds, no reported SE
- Prophylaxis: Bactrim 5/27/2022 - P
- ART genotype 5/24/2022 wild type

### Problem List/Past Medical History
Ongoing
  No qualifying data
Historical
  No qualifying data

### Medications
Bactrim DS 800 mg-160 mg oral tablet, 1 Tablet(s), Oral, Daily, 1 refills
Biktarvy 50 mg-200 mg-25 mg oral tablet, 1 Tablet(s), Oral, Daily, 6 refills
Biktarvy 50 mg-200 mg-25 mg oral tablet, 1 Tablet(s), Oral, Daily, 5 refills

### Allergies
NKA

### Social History
Smoking Status
  Current every day smoker

### Family History
Denied family history of heart disease

### Immunizations

| Vaccine | Date | Status |
|---|---|---|
| meningococcal conjugate Vaccine | 08/09/2022 | Given |
| zoster vaccine, inactivated | 08/09/2022 | Given |
| pneumococcal 20-valent conjugate vaccine | 05/24/2022 | Given |
| meningococcal conjugate Vaccine | 05/24/2022 | Given |

LEGEND: @-Abnormal, c-Corrected, C-Critical, L-Low, H-High, i-Interp Data, R-Result Comment, *-Performing Loc

If you have any questions or concerns regarding this documentation, please call (573) 882-3170.
Report Request ID:  453592762          Page 1 of 10          Print Date/Time:  11/21/2022 16:12 CST

Case 2:22-cv-04164-SRB   Document 45-9   Filed 12/14/22   Page 1 of 10


**Health Care**
UP-MEDICINE SPECIALTY CLINIC

Patient Name:
MRN:
Financial #:
Admit Date: 11/8/2022
Discharge Date: 11/8/2022

## Clinic Notes

- HLA B5701 negative

**Screening and health maintenance**
- Hx of OI n/a
- Quantiferon negative (CD4 124)
- GC NAAT negative x3
- Syphilis screening negative
- AFB blood Cx negative
- Tdap booster pending
- Hep A nonimmune: today
- Hep B : immune by exposure Hep B s Ab and c Ab +. s Ag negative
- Hep C negative 5/2022
- PCV 20 5/2022
- Menactra (MenACWY-DT) x2 8/2022
- HPV today
- Shingrix x2 8/2022
- Flu vaccine 11/2022, patient reported
- COVID-19 x 3

Plan
- Labs will check today: CBC, CMP, VL ,CD4, QFN (now that CD4 has recovered), Lipid panel
- Immunization: HPV, Hep A
- Continue Biktarvy and Bactrim
- Communicate results to RN (?) as office hill is on medical leave. 660-827-0056 ext 2?

2. Substance use
Previously reported Methamphetamine IV use and Cocaine
Today denies any past history of use despite reporting use last visit

3. Hx of gonorrhea s/p treatment
- Negative oral and rectal

Staffed with Dr. Dandachi

RTC pending VL, if unremarkable 3 months

| Vaccine | Date | Status |
|---|---|---|
| zoster vaccine, inactivated | 05/24/2022 | Given |
| SARS-CoV-2 (COVID-19) mRNA BNT-162b2 vax | 01/11/2022 | Recorded |
| SARS-CoV-2 (COVID-19) mRNA BNT-162b2 vax | 04/22/2021 | Recorded |
| SARS-CoV-2 (COVID-19) mRNA BNT-162b2 vax | 04/01/2021 | Recorded |
| pneumococcal 23-valent vaccine | - | Not Given |
| tetanus-diphtheria toxoids | 08/12/1999 | Recorded |
| measles/mumps/rubella virus vaccine | 10/04/1990 | Recorded |
| poliovirus vaccine live trivalent | 11/17/1989 | Recorded |
| poliovirus vaccine live trivalent | 01/16/1987 | Recorded |
| DTP (old vaccine)* | 12/19/1986 | Recorded |
| poliovirus vaccine live trivalent | 02/20/1986 | Recorded |
| DTP (old vaccine)* | 02/20/1986 | Recorded |
| measles/mumps/rubella virus vaccine | 10/10/1985 | Recorded |
| poliovirus vaccine live trivalent | 01/25/1985 | Recorded |
| DTP (old vaccine)* | 01/25/1985 | Recorded |
| poliovirus vaccine live trivalent | 11/23/1984 | Recorded |

LEGEND: @-Abnormal, c-Corrected, C-Critical, L-Low, H-High, i-Interp Data, R-Result Comment, *-Performing Loc

If you have any questions or concerns regarding this documentation, please call (573) 882-3170.
Report Request ID: 453592762          Page 2 of 10          Print Date/Time: 11/21/2022 16:12 CST

Case 2:22-cv-04164-SRB   Document 45-9   Filed 12/14/22   Page 2 of 10

# Health Care
UP-MEDICINE SPECIALTY CLINIC

Patient Name:
MRN:
Financial #:
Admit Date: 11/8/2022
Discharge Date: 11/8/2022

## Clinic Notes

| Vaccine | Date | Status |
|---|---|---|
| DTP (old vaccine)* | 11/23/1984 | Recorded |
| poliovirus vaccine live trivalent | 09/14/1984 | Recorded |
| DTP (old vaccine)* | 09/14/1984 | Recorded |

### Visit Information

Attending Provider: Attending Default
Referring Provider: Self Referred
Original Referring Provider: Self Referred
Primary Care Provider: Deedee E Gilmore FNP
Visit Date: 11/08/2022

### Addendum by Dandachi MD, Dima on November 15, 2022 11:41:47 CST

I personally saw and evaluated the patient on the date found in the header of this document. I reviewed the history, physical, labs, micro, medications, and imaging studies. I have discussed the management of the patient with the author of this document and I agree with the findings and plan as documented above.

Dima Dandachi, MD, MPH
Assistant Professor of Clinical Medicine
Division of Infectious Diseases
University of Missouri-Columbia

LEGEND: @-Abnormal, c-Corrected, C-Critical, L-Low, H-High, i-Interp Data, R-Result Comment, *-Performing Loc

If you have any questions or concerns regarding this documentation, please call (573) 882-3170.
Report Request ID: 453592762     Page 3 of 10     Print Date/Time: 11/21/2022 16:12 CST

Case 2:22-cv-04164-SRB   Document 45-9   Filed 12/14/22   Page 3 of 10



## Health Care
UP-MEDICINE SPECIALTY CLINIC

Patient Name:
MRN:
Financial #:
Admit Date: 11/8/2022
Discharge Date: 11/8/2022

## General Lab Results

### Hematology

Collected Date 11/8/2022
Collected Time 10:24 CST

| Procedure | | Units | Reference Range |
|---|---|---|---|
| WBC | 4.76 '1 | x10(9)/L | [3.50-10.50] |
| RBC | 4.46 '1 | x10(12)/L | [4.32-5.72] |
| HGB | 14.0 '1 | g/dL | [13.5-17.5] |
| HCT | 41.2 '1 | % | [38.8-50.0] |
| MCV | 92.4 '1 | fL | [81.2-95.1] |
| MCH | 31.4 '1 | pg | [26.0-33.0] |
| MCHC | 34.0 '1 | g/dL | [32.0-36.0] |
| RDW SD | 46.1 H'1 | fL | [35.1-43.9] |
| RDW CV | 13.6 '1 | % | [11.8-15.6] |
| PLT | 223 '1 | x10(9)/L | [150-450] |
| MPV | 10.1 '1 | | [8.0-12.0] |
| % Neutrophils | 43.2 O1 '1 | % | |
| Absolute Granulocytes | 2.05 O1 '1 | x10(9)/L | [1.70-7.00] |
| % Immature Granulocytes | .40 O1 i1 '1 | % | [0.02-0.42] |
| Abs Immature Granulocytes | 0.02 O1 i1 '1 | x10(9)/L | [0.00-0.03] |
| % Lymphocytes | 36.3 O1 '1 | % | |
| Abs Lymphocytes | 1.73 O1 '1 | x10(9)/L | [0.90-2.90] |
| % Monocytes | 13.0 O1 '1 | % | |
| Abs Monocytes | 0.62 O1 '1 | x10(9)/L | [0.30-0.90] |
| % Eosinophils | 6.7 O1 '1 | % | |
| Abs Eosinophils | 0.32 O1 '1 | x10(9)/L | [0.05-0.50] |
| % Basophils | 0.4 O1 '1 | % | |
| Abs Basophils | 0.02 O1 '1 | x10(9)/L | [0.00-0.30] |
| % Nucleated RBCs | 0.0 '1 | % | |
| Absolute Nucleated RBCs | 0.0 i2 '1 | x10(9)/L | [0.0-0.0] |

Order Comments
O1: Auto differential (Auto diff)
Added by Discern rule.

Interpretive Data
i1: % Immature Granulocytes, Abs Immature Granulocytes

| Add'l Patient Type | %IG | IG 10^9/L |
|---|---|---|
| Pregnancy: 1st Trimester | 0.04 - 0.92 | 0.003 - 0.091 |
| 2nd Trimester | 0.10 - 2.00 | 0.007 - 0.247 |
| 3rd Trimester | 0.20 - 3.80 | 0.018 - 0.456 |

---

LEGEND: @-Abnormal, c-Corrected, C-Critical, L-Low, H-High, i-Interp Data, R-Result Comment, *-Performing Loc

If you have any questions or concerns regarding this documentation, please call (573) 882-3170.
Report Request ID: 453592762      Page 4 of 10      Print Date/Time: 11/21/2022 16:12 CST

Case 2:22-cv-04164-SRB   Document 45-9   Filed 12/14/22   Page 4 of 10



# Health Care
UP-MEDICINE SPECIALTY CLINIC

Patient Name:
MRN:
Financial #:
Admit Date: 11/8/2022
Discharge Date: 11/8/2022

## General Lab Results

### Hematology

Interpretive Data
i2:  Absolute Nucleated RBCs
Normal values not established in patients less than 18 years old.

### Chemistry

| | Collected Date | 11/8/2022 | | |
|---|---|---|---|---|
| | Collected Time | 10:24 CST | | |
| Procedure | | | Units | Reference Range |
| Sodium | | 140 *1 | mmol/L | [136-145] |
| Potassium | | 3.8 *1 | mmol/L | [3.5-5.1] |
| Chloride | | 105 *1 | mmol/L | [98-107] |
| CO2 | | 25 *1 | mmol/L | [22-29] |
| Anion gap | | 14 *1 | mmol/L | [0-20] |
| Glucose Lvl | | 87 *1 | mg/dL | [70-139] |
| BUN | | 15 *1 | mg/dL | [6-20] |
| Creatinine,standardized | | 1.20 *1 | mg/dL | [0.70-1.20] |
| Estimated GFR for Adults | | 79 L R1 i3 *1 | mL/min/1.73m² | [>=90] |
| Estimated GFR for peds | | Not calculated i4 *1 | mL/min/1.73m² | [>=90.00] |
| Calcium | | 9.1 *1 | mg/dL | [8.6-10.2] |
| Total Protein | | 7.8 *1 | g/dL | [6.6-8.7] |
| Albumin | | 4.6 *1 | g/dL | [3.5-5.2] |
| T Bili | | 0.21 *1 | mg/dL | [0.00-1.60] |
| Alkaline Phosphatase | | 92 i5 *1 | units/L | [40-129] |
| AST-SGOT | | 23 *1 | units/L | [<=40] |
| ALT-SGPT | | 28 *1 | units/L | [10-50] |
| Cholesterol | | 157 *1 | mg/dL | [0-200] |
| HDL Cholesterol | | 38 L i6 *1 | mg/dL | [40-60] |
| Cholesterol HDL Ratio | | 4.1 i7 *1 | | [<=4.9] |
| LDL (Calculated) | | 92 i8 *1 | mg/dL | [0-129] |
| Triglycerides | | 135 i9 *1 | mg/dL | [0-150] |
| (M TB) NIL value | | 0.527 *2 | IU/mL | |
| (M TB) Mitogen | | >10.000 *2 | IU/mL | |
| (M TB) Antigen1-NIL value | | -0.039 *2 | IU/mL | |
| (M TB) Antigen2-NIL Value | | -0.043 *2 | IU/mL | |
| (M TB) Mitogen-NIL value | | >9.473 *2 | IU/mL | |
| (M TB) QFT-Plus by EIA | | Negative i10 *2 | | |
| TB1 Antigen | | 0.488 *2 | IU/mL | |
| TB2 Antigen | | 0.484 *2 | IU/mL | |

LEGEND: @-Abnormal, c-Corrected, C-Critical, L-Low, H-High, i-Interp Data, R-Result Comment, *-Performing Loc

If you have any questions or concerns regarding this documentation, please call (573) 882-3170.



Case 2:22-cv-04164-SRB   Document 45-9   Filed 12/14/22   Page 5 of 10


## Health Care
UP-MEDICINE SPECIALTY CLINIC

Patient Name:
MRN:
Financial #:
Admit Date: 11/8/2022
Discharge Date: 11/8/2022

## General Lab Results

### Chemistry

Result Comments
R1: Estimated GFR for Adults
The eGFR was estimated using the CKD-EPI equation. The National Kidney Foundation recommends that all clinical labs utilize this equation: Levey AS, Stevens LA, Schmid CH, et al. A new equation to estimate glomerular filtration rate. Ann Intern Med. 2009;150(9):604-612.

For calculation reference see https://www.kidney.org/professionals/kdoqi/gfr_calculator

Interpretive Data
i3: Estimated GFR for Adults
Changed to CKD-EPI 2021 on Nov. 18th, 2021.
i4: Estimated GFR for peds
The estimated GFR was calculated using the "Bedside Schwartz equation (2009)".
Reference: Pediatric GFR calculator at National Kidney Foundation Website.
i5: Alkaline Phosphatase
Normal range for plasma alkaline phosphatase in females 20 years or older:

35-104 U/L according to manufacturer's instructions

35-129 U/L according to data analysis on adult females who presented to MUHC in 2022 without a significant diagnosis

Clinical judgement is advised.
i6: HDL Cholesterol

| HDL Cholesterol Level mg/dL | Category |
|---|---|
| Less than 40 (for Men)<br>Less than 50 (for Women) | Low HDL cholesterol. A major risk factor for heart disease. |
| 60 and above | High HDL cholesterol. An HDL of 60 mg/dL and above is considered protective against heart disease. |

National Cholesterol Education Program
NHLBI Health Information Network
P.O. Box 30105
Bethesda MD 20824-0105
http:www.nhlbi.nih.gov
i7: Cholesterol HDL Ratio
The cholesterol HDL ratio is the best overall predictor of heart disease.
-Less than 5 is normal
-From 5 to 9 there is increasing risk

---

LEGEND: @-Abnormal, c-Corrected, C-Critical, L-Low, H-High, i-Interp Data, R-Result Comment, *-Performing Loc

If you have any questions or concerns regarding this documentation, please call (573) 882-3170.
Report Request ID: 453592762          Page 6 of 10          Print Date/Time: 11/21/2022 16:12 CST

Case 2:22-cv-04164-SRB   Document 45-9   Filed 12/14/22   Page 6 of 10


## Health Care
UP-MEDICINE SPECIALTY CLINIC

Patient Name:
MRN:
Financial #:
Admit Date: 11/8/2022
Discharge Date: 11/8/2022



## General Lab Results

### Chemistry

Interpretive Data

i7: Cholesterol HDL Ratio
-Higher than 9 is high risk. A ratio higher than 9 will often require prescription medication to help prevent heart disease.

See http://fcm-algo.umh.edu/Algorithms/Lipid.htm for more information.

i8: LDL (Calculated)

| LDL Cholesterol Level mg/dL | Category |
| --- | --- |
| Less than 100 | Optimal |
| 100 to 129 | Near or above optimal |
| 130 to 159 | Borderline high |
| 160 to 189 | High |
| 190 and above | Very High |

Note: "Values < 80 mg/dL may indicate hypobetalipoproteinemia, if not on Statin therapy."

Reference: ATP III Guidelines, http://fcm-algo.umh.edu/Algorithms/Lipid.htm
National Cholesterol Education Program
NHLBI Health Information Network
P.O. Box 30105
Bethesda MD 20824-0105
http:www.nhlbi.nih.gov

Footnote: Depending on cardiac risk factors, age, and sex, UHC Cardiology prefers:

<75 mg/dl    optimal
<100 mg/dl   desirable

i9: Triglycerides

| | |
| --- | --- |
| Less than 150 | Normal |
| 150 - 199 | Borderline high |
| 200 - 499 | High |
| 500 and above | Very high |

---

LEGEND: @-Abnormal, c-Corrected, C-Critical, L-Low, H-High, i-Interp Data, R-Result Comment, *-Performing Loc

If you have any questions or concerns regarding this documentation, please call (573) 882-3170.
Report Request ID: 453592762       Page 7 of 10       Print Date/Time: 11/21/2022 16:12 CST

Case 2:22-cv-04164-SRB   Document 45-9   Filed 12/14/22   Page 7 of 10

 Health Care
UP-MEDICINE SPECIALTY CLINIC

Patient Name:
MRN:
Financial #: 
Admit Date: 11/8/2022
Discharge Date: 11/8/2022

| General Lab Results |
|---|

| Chemistry |
|---|

Interpretive Data
i9: Triglycerides

National Cholesterol Education Program
NHLBI Health Information Network
P.O. Box 30105
Bethesda, MD 20824 - 0105
http://www.nhlbi.nih.gov

i10: (M TB) QFT-Plus by EIA
QFT-Plus is an indirect test for M. tuberculosis infection.
See general guidance on the diagnosis and treatment of TB disease and LTBI
(https://www.cdc.gov/tb/publications/guidelines/default.htm).
Mycobacterium Tuberculosis by ELISA results are interpreted using the following criteria:

| Nil (IU/mL) | TB1 minus Nil | TB2 minus Nil | Mitogen minus Nil (IU/mL | QFT-Plus Result | Interpretation |
|---|---|---|---|---|---|
| <=8.0 | >= 0.35 and >= 25% of Nil | Any | Any | Positive | M. tuberculosis infection likely |
| <=8.0 | Any | >= 0.35 and >= 25% of Nil | Any | Positive | M. tuberculosis infection likely |
| <=8.0 | < 0.35 or >= 0.35 and >= 25% of Nil | < 0.35 or >= 0.35 and >= 25% of Nil | >=0.50 | Negative | M. tuberculosis infection NOT likely |
| <=8.0 | < 0.35 or >= 0.35 and >= 25% of Nil | < 0.35 or >= 0.35 and >= 25% of Nil | <0.50 | Indeterminate | Likelihood of M. tuberculosis infection cannot be determined |
| >8.0 | Any | Any | Any | Indeterminate | Likelihood of M. tuberculosis infection cannot be determined |

Reference Range: (Negative) Non-Responsive to ESAT-6, CFP-10 and/or TB7.7 antigens.

LEGEND: @-Abnormal, c-Corrected, C-Critical, L-Low, H-High, i-Interp Data, R-Result Comment, *-Performing Loc

If you have any questions or concerns regarding this documentation, please call (573) 882-3170.
Report Request ID: 453592762    Page 8 of 10    Print Date/Time: 11/21/2022 16:12 CST

Case 2:22-cv-04164-SRB   Document 45-9   Filed 12/14/22   Page 8 of 10


**Health Care**
UP-MEDICINE SPECIALTY CLINIC

Patient Name:
MRN:
Financial #:
Admit Date: 11/8/2022
Discharge Date: 11/8/2022

## General Lab Results

### Chemistry

Interpretive Data
i10: (M TB) QFT-Plus by EIA
Results from QFT-Plus testing must be used in conjunction with each individual's epidemiological history, current medical status, and other diagnostic evaluations.
The performance of the USA format of the QFT-Plus test has not been extensively evaluated with specimens from the following groups of individuals:
-Pregnant women
-Individuals younger than age 17 years
-Individuals who have impaired or altered immune functions.
Performed on DiaSorin Liaison XL.

### Molecular Pathology

Collected Date 11/8/2022
Collected Time 10:24 CST

| Procedure | | Units | Reference Range |
|---|---|---|---|
| HIV-1 Quant | <30 [2] | copies/mL | |
| HIV-1 Log10 | <1.47 [2] | log10 | |
| HIV-1 Reflex Testing Ordered | No [2] | | |

Performing Locations
*1: This test was performed at:
University of Missouri Health Care, University Hospital, Laboratory, 1 Hospital Dr., Columbia, MO, 65212- , US, 573-882-1400
*2: This test was performed at:
APG Lab, A. P. Green Bldg, 201 Business Loop 70W, Columbia, MO, 65203- , US

---

LEGEND: @-Abnormal, c-Corrected, C-Critical, L-Low, H-High, i-Interp Data, R-Result Comment, *-Performing Loc

If you have any questions or concerns regarding this documentation, please call (573) 882-3170.
Report Request ID: 453592762    Page 9 of 10    Print Date/Time: 11/21/2022 16:12 CST

Case 2:22-cv-04164-SRB   Document 45-9   Filed 12/14/22   Page 9 of 10

 Health Care
UP-MEDICINE SPECIALTY CLINIC

Patient Name:
MRN:
Financial #:
Admit Date: 11/8/2022
Discharge Date: 11/8/2022



## LAB- Flow Cytometry

| Procedure | Collected Date | 11/8/2022 |
|---|---|---|
| % CD3 T Cells | | 68.6 *1 |
| % CD4 T Helper Cells | | 13.4 L*1 |
| % CD8 T Suppressor Cells | | 50.6 H*1 |
| CD3 T Cells | | 1287.0 *1 |
| CD4 T Helper Cells | | 250.0 L*1 |
| CD8 T Suppressor Cells | | 949.00 H*1 |
| CD4/CD8 Ratio (Help/Suppr) | | 0.26 L*1 |
| Flow Cytometry Compliance Comment | | See Comment i11 *1 |

Interpretive Data
i11:   Flow Cytometry Compliance Comment
       Analyte Specific Reagent: This test was developed and its performance characteristics determined by the Clinical Flow Cytometry Laboratory, UMHC-Integrated Central Pathology Labs, University of Missouri Health Care. It has not been cleared or approved by the U.S. Food and Drug Administration. The FDA has determined that such clearance is not necessary. This test is used for clinical purposes, and should not be regarded as investigational or for research. This laboratory is certified under the Clinical Laboratory Improvement Amendment of 1988 (CLIA-88) as qualified to perform high complexity clinical laboratory testing.

Performing Locations
*1:   This test was performed at:
      University of Missouri Health Care, University Hospital, Laboratory, 1 Hospital Dr., Columbia, MO, 65212-   , US, 573-882-1400

---

LEGEND: @-Abnormal, c-Corrected, C-Critical, L-Low, H-High, i-Interp Data, R-Result Comment, *-Performing Loc

If you have any questions or concerns regarding this documentation, please call (573) 882-3170.
Report Request ID: 453592762      Page 10 of 10      Print Date/Time: 11/21/2022 16:12 CST

Case 2:22-cv-04164-SRB   Document 45-9   Filed 12/14/22   Page 10 of 10