IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:22-CV-4164-SRB |
| ) | |
| ADVANCED CORRECTIONAL ) | |
| HEALTHCARE, INC., et al., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT DR. LYMAN WOSTREL'S MOTION JOINING DEFENDANTS ADVANCED CORRECTIONAL HEALTHCARE, INC. AND DR. ALAN WEAVER'S SUGGESTIONS IN OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION (DOC. 31)**

COMES NOW Defendant Lyman Wostrel, by and through undersigned counsel, and joins in the Suggestions in Opposition to Plaintiff's Motion for Preliminary Injunction filed by Defendants Advanced Correctional Healthcare, Inc. and Dr. Alan Weaver (Doc. 31.

Respectfully Submitted,

*/s/ J. Thaddeus Eckenrode*
J. Thaddeus Eckenrode Mo. Bar #31080
ECKENRODE-MAUPIN, Attorneys at Law
11477 Olde Cabin Road, Ste. 110
St. Louis, MO 63141
(314) 726-6670 (Telephone)
(314) 726-2106 (Fax)
jte@eckenrode-law.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served via court's electronic filing system on this 14th day of December, 2022 to the following:

**Jessie Steffan**
ACLU of Missouri Foundation
906 Olive Street, Suite 1130
St. Louis, Missouri 63101
jsteffan@aclu-mo.org

**Gillian R. Wilcox**
ACLU of Missouri Foundation
406 W. 34th Street, Suite 420
Kansas City, Missouri 64111
gwilcox@aclu-mo.org
Attorneys for Plaintiff

**Michael G. Berry**
**Ryan McDaniels**
Newman, Comley & Ruth, P.C.
601 Monroe Street, Suite 301
P.O. Box 537
Jefferson City, MO 65102
michaelberry@ncrpc.com
Attorneys for Defendants Brad Anders, Sierra Hill, Skyler Vibrook and Pettis County

                             */s/ Joan Monninger*