IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| JOHN DOE, | ) |
|         Plaintiff, | ) |
| | ) |
| v. | )   Case No. 2:22-CV-04164-SRB |
| | ) |
| ADVANCED CORRECTIONAL | ) |
| HEALTHCARE, INC., et al., | ) |
|         Defendants. | ) |

## Entry of Appearance

Anthony E. Rothert, ACLU of Missouri Foundation, enters his appearance on behalf of Plaintiff.

Respectfully submitted,

/s/ Anthony E. Rothert
Anthony E. Rothert, #44827
ACLU of Missouri Foundation
906 Olive Street, Suite 1130
St. Louis, Missouri 63101
Phone: (314) 652-3114
Fax: (314) 652-3112
trothert@aclu-mo.org