# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:22-CV-4164-SRB |
| ) | |
| ADVANCED CORRECTIONAL ) | |
| HEALTHCARE, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## JOINT PROPOSED SCHEDULING ORDER

Pursuant to Fed. R. Civ. P. 16 and 26, the Parties jointly submit the following Proposed Scheduling Order:

1. The parties propose a trial date of **June 17, 2024**. The trial will be a jury trial and will take no more than five days.

2. Parties will exchange initial disclosures by **January 11, 2023**, as prescribed by Rule 26.

3. Motions to join additional parties shall be filed by **March 1, 2023**.

4. Motions to amend the pleadings shall be filed by **March 1, 2023**.

5. All pre-trial discovery shall be completed by **November 29, 2023**.

6. Plaintiff shall disclose expert witnesses by **May 15, 2023**, and produce them for depositions by **July 15, 2023**. Defendants shall disclose expert witnesses by **September 1, 2023**, and produce them for depositions by **November 1, 2023**.

7. All *Daubert* and dispositive motions shall be filed by **January 19, 2024**.

/s/ Jessie Steffan  
Jessie Steffan, #64861MO  
Anthony E. Rothert, #44827  
ACLU of Missouri Foundation  
906 Olive Street, Suite 1130  
St. Louis, Missouri 63101  
jsteffan@aclu-mo.org  
trothert@aclu-mo.org  

/s/ Gillian R. Wilcox  
Gillian R. Wilcox, #61278MO  
ACLU of Missouri Foundation  
406 W. 34th Street, Suite 420  
Kansas City, Missouri 64111  
gwilcox@aclu-mo.org  
*Attorneys for Plaintiff*  

/s/ Ryan J. McDaniels  
Michael G. Berry #33790  
Ryan J. McDaniels #63072  
Newman, Comley & Ruth, P.C.  
601 Monroe Street, Suite 301  
P.O. Box 537  
Jefferson City, MO 65102  
michaelberry@ncrpc.com  
ryan.m@ncrpc.com  
*Attorneys for Defendants Sierra Hill, Skyler Viebrock, Brad Anders, and Pettis County, Missouri*  

/s/J. Thaddeus Eckenrode  
J. Thaddeus Eckenrode Mo. Bar #31080  
Lisa Howe Mo. Bar #45072  
ECKENRODE-MAUPIN, Attorneys at Law  
11477 Olde Cabin Road, Ste. 110  
St. Louis, MO 63141  
lhh@eckenrode-law.com  
jte@eckenrode-law.com  
*Attorneys for Defendants Advanced Correctional Healthcare, Inc., Dr. Alan Weaver, and Dr. Lyman Wostrel*