IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:22-CV-4164-SRB |
| | ) | |
| ADVANCED CORRECTIONAL | ) | |
| HEALTHCARE, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION OF DEFENDANTS ADVANCED CORRECTIONAL HEALTHCARE, INC., DR. ALAN WEAVER, AND DR. LYMAN WOSTREL FOR ALTERNATE DATE FOR MEDIATION**

COME NOW Defendants Advanced Correctional Healthcare, Inc., Dr. Alan Weaver, and Dr. Lyman Wostrel, by and through counsel, and due to a scheduling conflict of undersigned counsel, respectfully request the Court allow the mediation currently scheduled for March 28, 2023 to be rescheduled to a date that undersigned counsel may attend. These Defendants' counsel is available to attend mediation in this matter on the following dates: March 2, 2023; March 21, 2023; March 23, 2023; April 4, 2023; April 6, 2023. Additional dates convenient to all counsel can be provided.

Respectfully Submitted,

*/s/ J. Thaddeus Eckenrode*
J. Thaddeus Eckenrode Mo. Bar #31080
ECKENRODE-MAUPIN, Attorneys at Law
11477 Olde Cabin Road, Ste. 110
St. Louis, MO 63141
(314) 726-6670 (Telephone)
(314) 726-2106 (Fax)
jte@eckenrode-law.com

*/s/ Lisa Howe*
Lisa Howe Mo. Bar #45072
ECKENRODE-MAUPIN, Attorneys at Law
11477 Olde Cabin Road, Ste. 110
St. Louis, MO 63141
(314) 726-6670 (Telephone)
(314) 726-2106 (Fax)
lhh@eckenrode-law.com
*Attorneys for Defendants Advanced Correctional Healthcare, Inc., Dr. Alan Weaver, and Dr. Lyman Wostrel*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served via electronic mail on this 3rd day of January, 2023 to the following:

**Jessie Steffan**
**Anthony E. Rothert**
ACLU of Missouri Foundation
906 Olive Street, Suite 1130
St. Louis, Missouri 63101
jsteffan@aclu-mo.org
trothert@aclu-mo.org

**Gillian R. Wilcox**
ACLU of Missouri Foundation
406 W. 34th Street, Suite 420
Kansas City, Missouri 64111
gwilcox@aclu-mo.org

**Michael G. Berry**
**Ryan J. McDaniels**
Newman, Comley & Ruth, P.C.
601 Monroe Street, Suite 301
P.O. Box 537
Jefferson City, MO 65102
michaelberry@ncrpc.com
ryan.m@ncrpc.com
Attorneys for Defendants Sierra Hill, Skyler Viebrock, Brad Anders, and Pettis County, Missouri

*/s/ Joan Monninger*
