IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:22-CV-4164-SRB |
| ) | |
| ADVANCED CORRECTIONAL ) | |
| HEALTHCARE, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that Defendants Advanced Correctional Healthcare, Inc., Dr. Alan Weaver, and Dr. Lyman Wostrel's Interrogatories to Plaintiff, Medicare Request for Production to Plaintiff, and Request for Production to Plaintiff were sent via electronic mail on this 24th day of January, 2023 to the following: **Gillian R. Wilcox**, ACLU of Missouri Foundation, 406 W. 34th Street, Suite 420, Kansas City, Missouri 64111, gwilcox@aclu-mo.org, **Jessie Steffan** and **Anthony E. Rothert,** ACLU of Missouri Foundation, 906 Olive Street, Suite 1130, St. Louis, Missouri 63101, jsteffan@aclu-mo.org, trothert@aclu-mo.org, *Attorneys for Plaintiff*, and **Michael G. Berry** and **Ryan J. McDaniels**, Newman, Comley & Ruth, P.C., 601 Monroe Street, Suite 301, P.O. Box 537, Jefferson City, MO 65102, michaelberry@ncrpc.com, ryan.m@ncrpc.com, *Attorneys for Defendants Sierra Hill, Skyler Viebrock, Brad Anders, and Pettis County, Missouri*.

Respectfully Submitted,

*/s/ J. Thaddeus Eckenrode*
J. Thaddeus Eckenrode Mo. Bar #31080
ECKENRODE-MAUPIN, Attorneys at Law
11477 Olde Cabin Road, Ste. 110
St. Louis, MO 63141
(314) 726-6670 (Telephone)
(314) 726-2106 (Fax)
jte@eckenrode-law.com

*/s/ Lisa Howe*
Lisa Howe Mo. Bar #45072
ECKENRODE-MAUPIN, Attorneys at Law
11477 Olde Cabin Road, Ste. 110
St. Louis, MO 63141
(314) 726-6670 (Telephone)
(314) 726-2106 (Fax)
lhh@eckenrode-law.com
*Attorneys for Defendants Advanced Correctional Healthcare, Inc., Dr. Alan Weaver, and Dr. Lyman Wostrel*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing was served via electronic mail on this 24th day of January, 2023 to the following:

**Jessie Steffan**
**Anthony E. Rothert**
ACLU of Missouri Foundation
906 Olive Street, Suite 1130
St. Louis, Missouri 63101
jsteffan@aclu-mo.org
trothert@aclu-mo.org

**Gillian R. Wilcox**
ACLU of Missouri Foundation
406 W. 34th Street, Suite 420
Kansas City, Missouri 64111
gwilcox@aclu-mo.org

**Michael G. Berry**
**Ryan J. McDaniels**
Newman, Comley & Ruth, P.C.
601 Monroe Street, Suite 301
P.O. Box 537
Jefferson City, MO 65102
michaelberry@ncrpc.com
ryan.m@ncrpc.com
Attorneys for Defendants Sierra Hill, Skyler Viebrock, Brad Anders, and Pettis County, Missouri

                                        */s/ Joan Monninger*