IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| JOHN DOE, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Case No. 2:22-CV-04164-SRB ) |
| ADVANCED CORRECTIONAL HEALTHCARE, INC., et al., | ) ) ) ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

Comes now Wayne Michael Jordan III of the firm Newman, Comley & Ruth, P.C., and hereby enters his appearance on behalf of Defendants Sierra Hill, Skyler Viebrock, Brad Anders, and Pettis County, Missouri, in the above-entitled matter.

NEWMAN, COMLEY & RUTH P.C.

/s/ Wayne Michael Jordan III
Wayne Michael Jordan III   #74469
601 Monroe Street, Ste. 301
P.O. Box 537
Jefferson City, MO 65101
573-634-2266
573-636-3306
jordanw@ncrpc.com

ATTORNEYS FOR DEFENDANTS
SIERRA HILL, SKYLER VIEBROCK,
BRAD ANDERS AND PETTIS COUNTY

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 2, 2023, a true and accurate copy of the foregoing was filed electronically with the Court to be served by operation of the Court's electronic filing system.

/s/ Wayne Michael Jordan III