UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:22-CV-4164 SRB ) |
| ADVANCED CORRECTIONAL HEALTHCARE, LNC., ET AL., | ) ) ) ) ) |
| Defendants. | ) |

## AMENDED NOTICE OF DEPOSITION

TO: All parties of Record and their attorneys

DATE AND HOUR: March 16, 2023 at 1:30 p.m.

LOCATION: Fulton Reception and Diagnostic Center
1393 Rte. O
Fulton, MO 65251

DEPONENT: John Doe - Plaintiff

REPORTER: Pohlman USA Court Reporting
10 South Broadway, Ste. 1400
St. Louis, MO 63102
(877) 421-0099

PLEASE TAKE NOTICE that the above date, hour and place, we shall cause the deposition of the witness above stated to be taken on oral Interrogatories, pursuant to the Statutes and Supreme Court Rules governing depositions, before a suitable Notary Public, at which time the witness hereby notified shall appear and at which time any party or their attorney may appear and cross examine if they may see fit.

*/s/ J. Thaddeus Eckenrode*
J. Thaddeus Eckenrode KS Bar #78569
ECKENRODE-MAUPIN, Attorneys at Law
11477 Olde Cabin Road, Ste. 110
St. Louis, MO 63141
(314) 726-6670 (Telephone)
(314) 726-2106 (Fax)
jte@eckenrode-law.com
*Attorney for Defendant Alan Weaver, M.D., and Advanced Correctional Healthcare, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served via electronic mail on this 17th day of February, 2023 to the following:

**Jessie Steffan**
**Anthony Rothert**
ACLU of Missouri Foundation
906 Olive Street, Suite 1130
St. Louis, Missouri 63101
jsteffan@aclu-mo.org
trothert@aclu-mo.org

**Gillian R. Wilcox**
ACLU of Missouri Foundation
406 W. 34th Street, Suite 420
Kansas City, Missouri 64111
gwilcox@aclu-mo.org
Attorneys for Plaintiff

**Michael G. Berry**
**Ryan McDaniels**
**Wayne Michael Jordan III**
601 Monroe Street, Suite 301
P.O. Box 537
Jefferson City, MO 65102
michaelberry@ncrpc.com
ryan.m@ncrpc.com
jordanw@ncrpc.com
*Attorneys for Sierra Hill, Skyler Viebrook, Brad Anders, and Pettis County*

                                                         */s/ Joan Monninger*